


# ALBANY COUNTY SHERIFF'S OFFICE

County Court House Albany, New York 12207 (518) 487-5400
WWW.ALBANYCOUNTYSHERIFF.COM

**CRAIG D. APPLE, SR.**
SHERIFF

**MICHAEL S. MONTELEONE**
UNDERSHERIFF

**KERRY B. THOMPSON**
CHIEF DEPUTY

**WILLIAM M. RICE**
CHIEF DEPUTY

**LEON A. BORMANN**
ACTING CHIEF DEPUTY

---

UNITED STATES EASTERN DIST OF NY COURT

County of State of New York

| |
|---|
| 69 BLOOMINGDALE LLC |
| vs. |
| CORAL GRAPHICS INC |

**CERTIFICATE OF SERVICE**
**SECRETARY OF STATE – Sec. 306 B.C.L.**

Index Number - 220-CV-02613 (RPK) (SIL)

Sheriff File Number – 20001430

I, certify that I am an Albany County Deputy Sheriff, and that I am not a party to the above-entitled action.

I further certify that on 6/22/2020 at approximately 11:20 AM, at the office of the Secretary of State of the State of New York, in the City of Albany, New York, I made service of the annexed SUMMONS IN A CIVIL ACTION, COMPLAINT CHECK # 001226 FOR #40.00 upon SECRETARY OF STATE the agent of the defendant in the above entitled action by delivering to and leaving with SUE ZOUKY a(n) Business Document Specialist in the office of the Secretary of State, two true copy(s) thereof and that at the time of making such service, I paid the secretary of state a fee of $40.00 dollars. The service was made pursuant to section 306 Business Corporation Law.

I further certify that I knew the person so served as aforesaid to be a Business Document Specialist in the office of the Secretary of State of New York, authorized to accept such service on behalf of said defendant.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Blond, Gender: Female Height: 5' 1" Weight: 115 Age: 62.

Dated:
Wednesday, September 02, 2020

_____
JOHN LAWRENCE
DEPUTY SHERIFF