


# ALBANY COUNTY SHERIFF'S OFFICE
County Court House Albany, New York 12207 (518) 487-5400
WWW.ALBANYCOUNTYSHERIFF.COM

**CRAIG D. APPLE, SR.**
SHERIFF

**MICHAEL S. MONTELEONE**
EXECUTIVE UNDERSHERIFF

**WILLIAM M. RICE**
UNDERSHERIFF

**SHAWN P. NOONAN**
CHIEF DEPUTY

**LEON A. BORMANN**
ACTING CHIEF DEPUTY

U.S. EASTERN DIST OF N.Y. COURT

County of State of New York

**CERTIFICATE OF SERVICE**
SECRETARY OF STATE – Sec. 306 B.C.L.

| 69 BLOOMINGDALE LLC |
| vs. |
| F.C. PROPERTIES INC |

Index Number - 220-CV-02613 (RPK) (SIL)

Sheriff File Number – 20001431

I, certify that I am an Albany County Deputy Sheriff, and that I am not a party to the above-entitled action.

I further certify that on 6/22/2020 at approximately 11:20 AM, at the office of the Secretary of State of the State of New York, in the City of Albany, New York, I made service of the annexed SUMMONS IN A CIVIL ACTION, COMPLAINT CHECK # 001225 FOR #40.00 upon SECRETARY OF STATE the agent of the defendant in the above entitled action by delivering to and leaving with SUE ZOUKY a(n) Business Document Specialist in the office of the Secretary of State, two true copy(s) thereof and that at the time of making such service, I paid the secretary of state a fee of $40.00 dollars. The service was made pursuant to section 306 Business Corporation Law.

I further certify that I knew the person so served as aforesaid to be a Business Document Specialist in the office of the Secretary of State of New York, authorized to accept such service on behalf of said defendant.

DESCRIPTION

The person served was approximately: Skin Color: WHITE, Hair Color: BLONDE, Gender: FEMALE Height: 5' 1" Weight: 115 Age: 62 .

Dated:
Wednesday, September 02, 2020

**JOHN LAWRENCE**
DEPUTY SHERIFF