UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

69 BLOOMINGDALE, LLC

                         Plaintiff,                              20-cv-02613-RPK-SIL

     -      against  –                          **CERTIFICATE OF DEFAULT**

  CORAL GRAPHICS, INC.;
  F.C. PROPERTIES INC.,

                        Defendants.
---------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for

the Eastern District of New York, do hereby certify that Defendants CORAL

GRAPHICS, INC. and F.C. PROPERTIES INC., have not filed any answer or

otherwise moved with respect to the Complaint herein.  The default of Defendants

CORAL GRAPHICS, INC. and F.C. PROPERTIES INC. is hereby noted pursuant to

Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      October 15, 2020

                                        DOUGLAS C. PALMER, Clerk of the Court

                           By: _Jalitza Poveda_____
                                        Deputy Clerk