UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

69 BLOOMINGDALE, LLC,

                      Plaintiff,                        Civil Action No. 2:20-CV-02613
                                                                  (RPK) (SIL)

   -against-

CORAL GRAPHICS, INC.; F.C. PROPERTIES INC.,

                      Defendant.
_____

## MOTION FOR ENTRY OF DEFAULT

      Plaintiff, 69 Bloomingdale, LLC requests that entry of judgment by default be entered against Defendants Coral Graphics, Inc., and F.C. Properties Inc. pursuant to Federal Rule of Civil Procedure 55(b). In support of this motion, Plaintiff relies upon the Affidavit of Arthur Sanders, the Affidavit of Kevin E. Maldonado, Esq. and the attachments thereto and all prior pleadings docketed in this case.

Dated:  Windham, New York
         December 21, 2020

                                          _____
                                          Kevin Maldonado, Esq.
                                          Kevin Maldonado & Partners, LLC
                                          P.O. Box 31
                                          Windham, New York 12496
                                          (518) 727-8149

To:

Coral Graphics, Inc.
820 Shames Drive
Westbury, New York 11590

F.C. Properties Inc.
c/o Frank Cappo
500 N. Broadway
Suite 103
Jericho, New York 11753