# Attachment 2

69-83 Bloomingdale Road
Year-To-Date Environmental Expenses
September 1, 2019 - December 16, 2020

### Environmental - Engineering

| Date | Vendor | | Amount | Description |
|---|---|---|---|---|
| 09/30/2019 | Northcoast Civil, LS & PE PC | | 4,850.00 | Survey property and prepare map showing structures |
| 12/12/2019 | Ensafe Inc. | | 28,039.75 | Planning, investigation, testing & documentation |
| 02/19/2020 | Ensafe Inc. | | 4,738.00 | Planning, investigation, testing & documentation |
| 05/05/2020 | Ensafe Inc. | | 3,079.80 | Planning, investigation, testing & documentation |
| | | | 40,707.55 | |
| | | 15% | 6,106.13 | |
| | | | 46,813.68 | |

### Environmental - Miscellaneous

| Date | Vendor | | Amount | Description |
|---|---|---|---|---|
| 12/27/2019 | Marscott Industries Inc. | | 4,562.25 | Locate drywell system, drain pipes & metal detectors |
| 12/27/2019 | Marscott Industries Inc. | | 56,106.60 | Locate cracks & expansion joints in concrete slab floor |
| 12/27/2019 | Marscott Industries Inc. | | 2,118.19 | Floor slab repair, paint and sealer |
| 12/27/2019 | Marscott Industries Inc. | | 10,319.68 | Floor slab and concrete repair |
| | | | 73,106.72 | |
| | | 15% | 10,966.01 | |
| | | | 84,072.73 | |

### Environmental - Legal Support

| Date | Vendor | | Amount | Description |
|---|---|---|---|---|
| 09/30/2019 | McNamee Lochner P.C. | | 1,837.50 | Study data & trends, correspondence regarding DEC and DOH policy |
| 08/30/2019 | McNamee Lochner P.C. | | 2,187.50 | Study reports, data and correspondence |
| 09/06/2019 | Sanders Equities LLC | | 1,906.25 | Review DEC filings, conference calls with DEC and Kevin Maldanado |
| 10/03/2019 | Kevin Maldonado & Partners LLC | | 691.25 | Review email & cover letter for DEC |
| 10/31/2019 | McNamee Lochner P.C. | | 2,975.00 | Review publications, revise access agreement & conference calls |
| 11/05/2019 | Kevin Maldonado & Partners LLC | | 987.50 | Notice letter to insurance carriers |
| 11/27/2019 | McNamee Lochner P.C. | | 2,575.00 | Review plan and DOH materials, draft response & conference calls |
| 12/24/2019 | McNamee Lochner P.C. | | 1,312.50 | Revise letter, draft memo and phone correspondence |
| 12/31/2019 | Sanders Equities LLC | | 2,718.75 | Review site access agreement and conference calls with Kevin |
| 01/31/2020 | Sanders Equities LLC | | 500.00 | Review & revise access agreement and emails to John Privitera |
| 02/10/2020 | Kevin Maldonado & Partners LLC | | 307.50 | Review access agreement emails & communication with ADS/JAS |
| 03/26/2020 | McNamee Lochner P.C. | | 525.00 | Access agreement review |
| 05/27/2020 | Kevin Maldonado & Partners LLC | | 512.50 | Review data and materisl on Bloomingdale Road |
| 07/10/2020 | Kevin Maldonado & Partners LLC | | 494.00 | Filing and service fees |
| 10/08/2020 | Sanders Equities LLC | | 1,187.50 | Cost sharing Agreement review |
| 10/22/2020 | Whiteman Osterman & Hanna | | 140.00 | Attention to Bloomingdale Road access and data |
| 08/11/2020 | McNamee Lochner P.C. | | 1487.5 | Review data, draft memorandum regarding site sources of contamination |
| | | | 22,345.25 | |
| | | 15% | 3,351.79 | |
| | | | 25,697.04 | |

| | | |
|---|---|---|
| Environmental Expenses | 136,159.52 | |
| 15% Construction and Admin Fee | 20,423.93 | |
| Total Environmental Expenses | 156,583.45 | |