# Attachment 3

APPRAISAL REPORT

ON

PROPERTY LOCATED AT

**69-83 BLOOMINGDALE ROAD,
HICKSVILLE,
TOWN OF OYSTER BAY,
NASSAU COUNTY, NEW YORK**



**<u>OWNER:</u>**                                    69 Bloomingdale LLC

**<u>DATE OF VALUATION:</u>**              November 1, 2019

**<u>PREPARED FOR:</u>**                    Sanders Equities
68 Arch Street
Greenwich, CT 06830

*Prepared by*  **ROGERS & TAYLOR APPRAISERS, INC.**

# ROGERS & TAYLOR APPRAISERS, INC.

**300 Wheeler Road, Suite 302**
**Hauppauge, New York 11788**

James G. Taylor, MAI, SRA, President

*PARTNERS*
Robert J. Malone, MAI, SRA, AI-GRS
Howard S. Morris, SRA
Benjamin T. Mojallali
Joan A. Schook



Tel: (631) 434-3300
Fax:(631) 434-3508
www.rogersandtaylor.org

November 14, 2019

Sanders Equities
68 Arch Street
Greenwich, CT 06830

Attention:      Jordan A. Sanders

Re:            **Property located at**
               **69-83 Bloomingdale Road**
               **Hicksville, New York**
               **Our File #: 35611B-19**

Dear Mr. Sanders:

In accordance with your request, attached please find our appraisal of the Market Value of the
Leased Fee Interest of the above referenced property.  The subject is being valued *"As-Is"* as of
November 1, 2019, the date of last physical inspection.

The property is located on the east side of Bloomingdale Road, approximately 1,156+ feet south
of South Broadway, in Hicksville, Town of Oyster Bay, County of Nassau, and State of New York.
The property is identified on the Nassau County Tax Maps as follows: Section: 46, Block: 629,
Lot: 11.  The site has 380+ linear feet of frontage along the east side of Bloomingdale Road, and
extends to a depth of 632 feet. It contains a total site area of 152,460+ Sq. Ft, or 3.5+ acres. The
site is irregular in shape and is level at road grade. It is currently zoned LI- Light Industry District
as identified by the Town of Oyster Bay zoning maps.

The site is improved with a one story, masonry and steel, industrial building, constructed circa
1969, on a concrete slab.  According to tax assessment records and measurements taken by the
appraiser, it contains a total gross building area estimated to be 57,023+ Sq. Ft., exclusive of
mezzanine space.  The building contains clear ceiling heights of approximately 16+ feet with a
total of 12 overhead doors. There is approximately 10%-15% finished supporting office space and
the balance is warehouse.  The building is occupied by 12 tenants used for business operations,
storage and manufacturing.  The building appears to have been maintained in overall satisfactory
condition. A more detailed description of the building is contained in the improvements section of
this report.

This appraiser has not performed any services on the subject property in the three years prior to this assignment.

The purpose of the appraisal is to estimate the "As Is" Market Value of the Leased Fee Interest of the subject property as of November 1, 2019, date of last inspection.

The appraisal has been prepared in conformance with Title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation, Standards of Professional Appraisal Practice of the Appraisal Institute, the Interagency Appraisal and Evaluation Guidelines dated December 2010, and New York Community Bank appraisal policies.

Based upon our market research and analysis, the Estimated Marketing Time and Estimated Exposure Time for the subject property is estimated to be between 9 and 12 months. A more complete description of the subject property and other pertinent appraisal data can be found in the following report.

After analyzing all the available information, it is our opinion that the market value of the Leased Fee Interest of the subject property is as follows:

*"As-Is"*
**(As of 11/1/2019)**

**SIX MILLION TWO HUNDRED THOUSAND DOLLARS**

**($6,200,000.00)**

Very truly yours,

John Fitzgerald
State Certified General Real Estate Appraiser
Lic. # 46000048953

James G. Taylor, MAI, SRA
State Certified General Real Estate Appraiser
Lic. # 46000002848

# TABLE OF CONTENTS

**TITLE PAGE**
**LETTER OF TRANSMITTAL**
**TABLE OF CONTENTS**
**QUALIFICATIONS OF THE APPRAISER**

SUMMARY OF SALIENT FACTS AND CONCLUSIONS............................................................. 2
PHOTOGRAPHS  OF SUBJECT PROPERTY........................................................................ 3
AERIAL VIEW OF THE SUBJECT PROPERTY................................................................... 15
DATE OF APPRAISAL......................................................................................................... 16
OWNER CONTACT............................................................................................................. 16
INTENDED USE OF THE APPRAISAL ............................................................................... 16
INTENDED USER OF THE APPRAISAL ............................................................................ 16
MARKET VALUE DEFINED................................................................................................. 17
PROPERTY IDENTIFICATION............................................................................................ 21
PROPERTY RIGHTS APPRAISED ..................................................................................... 21
OWNERSHIP AND OCCUPANCY ...................................................................................... 22
SALES HISTORY OF THE PROPERTY ............................................................................. 22
SCOPE OF THE APPRAISAL ............................................................................................ 23
CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT)................... 24
NASSAU COUNTY DATA.................................................................................................... 29
AREA DATA......................................................................................................................... 43
NEIGHBORHOOD DATA..................................................................................................... 53
COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019................................. 54
REAL ESTATE TAXES AND ASSESSED VALUATION ..................................................... 61
SITE DESCRIPTION............................................................................................................ 64
TAX MAP LOCATING THE SUBJECT PROPERTY ........................................................... 65
FLOOD MAP LOCATING THE SUBJECT PROPERTY....................................................... 66
ZONING OF THE PROPERTY ............................................................................................ 67
ZONING MAP LOCATING THE SUBJECT PROPERTY ..................................................... 68
IMPROVEMENT ANALYSIS................................................................................................ 69
APPROACHES TO VALUE ................................................................................................. 73
COST APPROACH TO VALUE ........................................................................................... 75
INCOME APPROACH TO VALUE....................................................................................... 76
STATEMENT OF GENERAL AND LIMITING CONDITIONS ............................................. 107
CERTIFICATION................................................................................................................ 109
SUBJECT SURVEY ........................................................................................................... 113
AREA MAP LOCATING SUBJECT PROPERTY................................................................ 114
AREA MAP LOCATING SUBJECT PROPERTY & COMPARABLE IMPROVED SALES .... 115
AREA MAP LOCATING SUBJECT & COMPARABLE RENTALS ...................................... 116
LETTER OF ENGAGEMENT............................................................................................. 117
LICENSE OF THE APPRAISER......................................................................................... 120

## QUALIFICATIONS OF THE APPRAISER

*JAMES G. TAYLOR, MAI, SRA*

Has been employed as a full-time appraiser for the past forty three years.  Is President of Rogers and Taylor Appraisers, Inc.  Completed four years as an undergraduate at Hofstra University, Hempstead, New York.  Received a B.B.A. Degree in Personnel Management.

Is a licensed Real Estate Appraiser in both the  State of New York and New Jersey  holding the *Real Estate General Appraiser Certification license*.   Is a licensed real estate salesman in the State of New York.

Has attended seminars for the Appraisal Institute, appraisal courses and lectures given by the Society of Real Estate Appraisers, Long Island Society of Real Estate Appraisers, American Society of Appraisers and other real estate groups.

Has completed the supervisory appraiser/trainee appraiser course.

*Has taken and successfully completed the following:*

♦   (Course 1A)       "Basic Appraisal Principles, Methods and Techniques,"

♦   (Course 1B)       "Capitalization Theory and Techniques,'

♦   (Course 11-1)    "Case Studies,"

♦   (Course 11-11)   "Valuation Analysis and Report Writing,"

♦   (Course 11-111) "Standards of Professional Practice,"

♦   (Course I410)    "Standards of Professional Practice," Part A

♦   (Course II420)   "Standards of Professional Practice," Part B, and

♦   (Course VI)       "An Introduction to Real Estate Investment Analysis" given by the Appraisal Institute.

♦   Has credit for completion of Courses SPP - Parts A and B.  In addition, has credit for successful completion of Courses 101, 201, 202 and the R-2 Examination given by the Society of the Real Estate Appraisers. Has attended Eminent Domain and Condemnation Appraising seminar given by Appraisal Institute.

Has appraised all types of real estate:  *vacant, improved, residential, income, farm and commercial* in the New York City and Long Island area.

Has appraised for condemnation for both condemnors and condemnees.

Has appraised for many local and New York law firms, as well as private individuals to establish values on all types of real property.

## QUALIFICATIONS OF THE APPRAISER (CONT'D)

*JAMES G. TAYLOR, MAI, SRA*

Has appraised for various lending institutions in establishing values for all types of real property.

Has been qualified before both the **Nassau County and Suffolk County Supreme Courts**, the **New York State Court of Claims** and the **Bankruptcy Court of the State of New York**.

Has *taught* appraisal courses given by the *Society of Real Estate Appraisers* and the *Appraisal Institute* including **Courses 101, 201, 202 and Capitalization Theory and Techniques Parts A and B, Courses 310 and 320.** In addition, has taught the Appraisal Institutes seminar **"Understanding Limited Appraisals & Reporting Options"**.

*ASSOCIATION MEMBERSHIPS*
MAI   -   Appraisal Institute
SRA   -   Appraisal Institute

*APPRAISAL INSTITUTE*
- Past Education Chairman
- Chairman of Government Affairs
- Chairman of Budget and Finance
- Treasurer
- Secretary
- Vice President
- Senior Vice President
- President

*NATIONAL COMMITTEES APPRAISAL INSTITUTE*
- Development Subcommittee - RAB
- Exam Subcommittee – General
- Narrative Exam Grading Panel
- GAC – General Appraisal Council

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

◊   R.E. General Appraiser - New York State License 46000002848
◊   R.E. General Appraiser - New Jersey State License RG 01804

## QUALIFICATIONS OF THE APPRAISER

### *JOHN FITZGERALD*

Has been employed as a full-time appraiser for the past thirty three years. Has conducted real estate appraisals in the counties of Nassau, Suffolk, Brooklyn, Queens, Manhattan and elsewhere in New York State since October 1986.

Appraisal reports were done to determine Market Values for owners contemplating sale, lending institutions for mortgage purposes, and legal counsel for estate settlements and ownership disputes. Types of residential real estate appraised included vacant land, one to six family residences, condominiums, cooperatives, new construction, proposed construction and multi-acre estates. FHA Designated 1/21/2000. Commercial Real Estate appraisal experience includes Industrial, Retail, Office buildings, vacant land of all zoning categories including subdivision analysis.  Scope of work includes Multi-tenant office and retail buildings utilizing the *Argus* cash flow program and *Excel* spreadsheets. Extensive experience in Rent studies for office buildings throughout the New York Metropolitan area.

I have been an active member of the *Society of real Estate Appraisers*, then *Appraisal Institute*, Long Island Chapter, since 1987.

Is currently a New York State Certified General Appraiser.  **Certificate #46000048953**

*Has taken and successfully completed the following courses:*

- Intro to Real Estate Appraising- 101; 12/19/1987
- Applications of Residential Real Estate Appraising-102; 11/12/1988
- Principles of Income Property Appraising- 201; 12/15/1990
- Fair Housing and Fair Lending/Environmental Issues
- Basic Income Capitalization; 4/6/1995
- General Applications; 5/2/1995
- Income Valuation of Small, Mixed Use Properties; 11/1/1996
- Introduction to Income Capitalization Theory G-1; 1994
- Principles of Income of Income Producing Properties G-2; 1994
- Advanced Principles of Income Producing Properties. G-3; 1994
- Basic Income Capitalization; 8/14/2006
- Supporting Capitalization Rates 7/10/2007
- Business Practices and Ethics; 9/24/2010
- Seven (7) Hour National USPAP Update Course; 7/16/2010
- Appraising and Analyzing Office Buildings for Mortgage Underwriting; 5/10/2010
- General Appraiser Report Writing and Case Studies; 10/25/2012
- Advanced Income Capitalization; 2/22/2013
- Advanced Market Analysis, Highest & Best Use; 2/27/2015
- Completed Experience requirements for MAI Designation Path – 7/2015
- Advance Market Analysis, Highest and Best Use; 2/27/2015
- Advanced concepts and Case Studies; 12/16/2015
- Completion of "Demonstration" report,  February, 2016

**ASSOCIATION MEMBERSHIPS** - Associate Member – Appraisal Institute

# *GENERAL INFORMATION*

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

TYPE OF PROPERTY:                        One story, masonry & steel industrial building.

REPUTED OWNER:                           69 Bloomingdale LLC

LOCATION OF PROPERTY:                    69-83 Bloomingdale Road, Hicksville, Town of
                                         Oyster Bay, Nassau County, New York 11801

INTEREST APPRAISED:                      Leased Fee Estate

NASSAU COUNTY TAX MAP NUMBER:            Section: 46, Block: 629, Lot: 11

SITE AREA:                               152,460+ Sq. Ft. or 3.5+ Acres

TOTAL GROSS BUILDING AREA:               57,023+ Sq. Ft.

ZONING:                                  LI-Light Industry
                                         Town of Oyster Bay

YEAR BUILT:                              Circa 1969

REMAINING ECONOMIC LIFE:                 30 years

HIGHEST & BEST USE:

   *AS VACANT*                           For industrial type development
   *AS IMPROVED*                         As currently improved

DATE OF VALUE:                           November 1, 2019


VALUE INDICATED BY THE COST APPROACH:    Not Developed

VALUE INDICATED BY THE INCOME APPROACH:  $6,120,000.00

VALUE INDICATED BY THE
SALES COMPARISON APPROACH:               $6,640,000.00

***ESTIMATED MARKET VALUE:***            **$6,200,000.00**

# PHOTOGRAPHS  OF SUBJECT PROPERTY



**FRONT VIEW OF THE SUBJECT BUILDING**



**FRONT / SIDE VIEW OF THE SUBJECT BUILDING**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**FRONT VIEW OF SUBJECT BUILDING**



**FRONT / SIDE VIEW**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**REAR VIEW**



**REAR VIEW**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**INTERIOR OFFICE**



**WAREHOUSE AREA**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**OFFICE AREA**



**FLEX AREA**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**OFFICE LAVATORY**



**COUNTER AREA**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**WAREHOUSE**



**OFFICE**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**WAREHOUSE AREA HVAC UNIT**



**UNIT ELECTRIC SERVICE**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**WAREHOUSE**



**REPAIRED ROOF**

### PHOTOGRAPHS OF SUBJECT PROPERTY



**WAREHOUSE**



**LAVATORY**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**EXTERIOR GAS AND ELECTRIC METERS**



**EXTERIOR GAS AND ELECTRIC METERS**

## PHOTOGRAPHS OF SUBJECT PROPERTY



**BLOOMINGDALE ROAD, FACING SOUTH**



**BLOOMINGDALE ROAD FACING NORTH**

## AERIAL VIEW OF THE SUBJECT PROPERTY



## DATE OF APPRAISAL

The date at which Market Value is estimated is November 1, 2019, which is the date of last physical inspection and the effective date of this report.  This report is being written as of November 14, 2019.

## OWNER CONTACT

A physical inspection of the subject improvements was conducted by John Fitzgerald representing Rogers and Taylor Appraisers, Inc., in the presence of ownership.  A complete exterior and interior inspection was performed.  The roof was not inspected.

## INTENDED USE OF THE APPRAISAL

The intended use of this appraisal is for internal purposes.

## INTENDED USER OF THE APPRAISAL

The intended user of this report is Sanders Equities.

# MARKET VALUE DEFINED

Market Value is defined as; the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of sale as of a specified date and passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their best interest;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*"Real estate-related financial transaction" means any transaction involving:*

1. The sale, lease, purchase, investment in or exchange of real property or interests in property, and the financing thereof;
2. The refinancing of real property or interests in real property; and
3. The use of real property or interests in property as security for a loan or investment, including mortgage-backed securities.[1]

*The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Pg. 188, 2015.*

## PROSPECTIVE MARKET VALUE "AS COMPLETE" AND "AS STABILIZED"

A prospective market value may be appropriate for the valuation of a property interest related to a credit decision for a proposed development or renovation project. According to USPAP, an appraisal with a prospective market value reflects an effective date that is subsequent to the date of the appraisal report. Prospective value opinions are intended to reflect the current expectations and perceptions of market participants, based on available data. Two prospective value opinions may be required to reflect the time frame during which development, construction, and occupancy will occur. The prospective market value-as completed-reflects the property's market value as of the time that development is expected to be completed. The prospective market value –as stabilized- reflects the property's market value as of the time the property is projected achieve stabilized occupancy. For an income producing property, stabilized occupancy is the occupancy level that a property is expected to achieve after the property is exposed to the market for lease over a reasonable period of time and at comparable terms and conditions to other similar properties.

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015) pages 179-180.*

## MARKET VALUE, DEFINED (CONT'D)

"**STABILIZED OCCUPANCY:**

1)  The occupancy of a property that would be expected at a particular point in time, considering its relative competitive strength and supply and demand conditions at the time, and presuming it is priced at market rent and has had a reasonable market exposure. A property is at stabilized occupancy when it is capturing its appropriate share of market demand.

2)  An expression of the average or typical occupancy that would be expected for a property over a specified projection period or over its economic life.

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015) page 219.*

### Exposure Time

1)  The time a property remains on the market.

2)  "The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market." (USPAP, 2016-17 ed.)

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015) page 83.*

The reasonable exposure period is a function of price, time and use, not an isolated estimate of time alone. The estimated exposure time is 9-months to 12 months.

### Marketing Time:

"An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal."

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015) page 140.*

Related information garnered through this process include other market conditions that may affect marketing time, such as the identification of typical buyers and sellers for the type of real estate involved and typical equity investment levels and/or financing terms.  The reasonable marketing time is a function of price, time, use and anticipated market conditions such as changes in the cost and availability of funds; not an isolated estimate of time alone.

The estimated marketing time is 9-months to 12 months.

## MARKET VALUE, DEFINED (CONT'D)

An **Extraordinary Assumption** can be defined as follows: *

> "An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.  Extraordinary assumptions presume uncertain information that might include physical, legal or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis
> (USPAP 2018-2019 ed.)*

*\* 2018-2019 Uniform Standards of Professional Appraisal Practice (USPAP), p.4*

**No extraordinary assumptions employed in this report.**

### HYPOTHETICAL CONDITION

A **Hypothetical Condition** can be defined as follows: *

> 1. A condition that is presumed to be true when it is known to be false. (SVP)
> 2. A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

*\* Appraisal Institute, The Dictionary of Real Estate Appraisal (Sixth Edition, 2015), p.113*

Comment: Hypothetical Conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (USPAP, 2016-2017 ed.).

There are no **hypothetical conditions** in this report.

### Value in Use*

The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal.  Value in use may or may not equal to market value but is different conceptually.

*\*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015), p.245*

### Economic Life*

The period over which improvements to real property contribute to property value.

*\*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015), p.72*

## MARKET VALUE, DEFINED (CONT'D)

**Remaining Economic Life***

The estimated period over which existing improvements are expected to contribute economically to a property; an estimate of the number of years remaining in the economic life of a structure or structural components as of the effective date of the appraisal; used in the economic age-life method of estimating depreciation.

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015), p.195*

**Effective Age***

The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age.

*Appraisal institute, the dictionary of real estate appraisal (Sixth edition, 2015), p.74*

## PROPERTY IDENTIFICATION

The property is located on the east side of Bloomingdale Road, approximately 1,156± feet south of South Broadway, in Hicksville, Town of Oyster Bay, County of Nassau, and State of New York. The property is identified on the Nassau County Tax Maps as follows: Section: 46, Block: 629, Lot: 11.  The site has 380± linear feet of frontage along the east side of Bloomingdale Road, and extends to a depth of 632 feet. It contains a total site area of 152,460± Sq. Ft, or 3.5± acres. The site is irregular in shape and is level at road grade. It is currently zoned LI- Light Industry District as identified by the Town of Oyster Bay zoning maps

## PROPERTY RIGHTS APPRAISED

The property is appraised on the basis of **Leased Fee** Interest.

*A Leased Fee Interest can be defined as:*

> "The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires."*

*Appraisal institute, the dictionary of real estate appraisal (sixth edition, 2015), p.128.*

## OWNERSHIP AND OCCUPANCY

Ownership:                              69 Bloomingdale LLC

Occupant:                               Tenants

## SALES HISTORY OF THE PROPERTY

According to county records, the subject has not transferred ownership in the past three years.

To the best of our knowledge, and according to the owner, the subject property has not been sold in the past three years.

## SCOPE OF THE APPRAISAL

The appraisal problem is for the appraiser to develop an opinion of market value for the Leased Fee Interest of the subject property "As-Is" as of November 1, 2019 which is the date of last physical inspection.

In order to solve the appraisal problem and develop credible assignment results we have identified the subject property by common address and tax map number, conducted a physical inspection of the site and improvements and researched recent sales and listings of comparable properties throughout the competing market area.

In developing our opinion of market value for the subject, all three traditional approaches to value were initially considered.

The Cost Approach is a set of procedures through which a value indication is derived for the Leased Fee Interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive, deducting depreciation from the total cost, and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. This approach will not be developed due to the difficulty in determining depreciation in a building as old as the subject.

The Income Approach reflects the property's ability to produce a net operating income. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically calculated is the amount an investor would be willing to pay to receive an income stream plus the reversion value, if any, from a property over a time period. The two common valuation techniques associated with the income approach are the direct capitalization method and the discounted cash flow (DCF) method. This approach will be developed using the Direct Capitalization technique. Since most purchasers of buildings' in this area would analyze the ability of the property to produce a net income, the Income Approach is considered to be a reliable and appropriate indicator of value and has been given full consideration since leased fee, multi-tenant buildings are typically purchased for investment purposes as opposed to owner occupancy.

The Sales Comparison Approach is a set of procedures in which a value indication is derived by comparing the property being appraised to similar properties that have been sold recently, then applying appropriate units of comparison and making adjustments to the sale prices of the comparables based on the elements of comparison. This approach will be developed and given less weight as leased fee, multi-tenant buildings are typically purchased for investment purposes as opposed to owner occupancy.

The utilized approaches to value will be reconciled into a final opinion of value with most emphasis placed upon the Income Approach to value.

## CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT)



*October 16, 2019*
**Summary of Commentary on Current Economic Conditions by Federal Reserve District**

This report was prepared at the Federal Reserve Bank of Cleveland based on information collected on or before October 7, 2019. This document summarizes comments received from contacts outside the Federal Reserve System and is not a commentary on the views of Federal Reserve officials.

### OVERALL ECONOMIC ACTIVITY

The U.S. economy expanded at a slight to modest pace since the prior report as business activity varied across the country. Reports from Districts representing states in the southern and western U.S. generally were more upbeat than Districts representing the Midwest and Great Plains. Household spending was solid on balance: nonauto retail sales increased modestly, while light vehicle sales were generally robust. Tourism and travel-related spending was up modestly. Housing market conditions changed little. On the business spending side, nonresidential construction increased at a slightly slower yet still modest pace, while leasing activity advanced at a slow but steady rate. Manufacturing activity continued to edge lower. Contacts in some Districts suggested that persistent trade tensions and slower global growth weighed on activity. The early impact of a recent auto strike was limited. Freight shipments stabilized after falling during the previous reporting period. Bankers in many Districts reported moderately rising loan volumes, while activity in nonfinancial services increased solidly. Agricultural conditions deteriorated further due to the ongoing impacts of adverse weather, weak commodity prices, and trade disruptions. Business contacts mostly expect the economic expansion to continue; however, many lowered their outlooks for growth in the coming 6 to 12 months.

### EMPLOYMENT AND WAGES

On balance, employment rose slightly amid reports of persistent worker shortages. Labor market tightness across skill levels and occupations was widely cited as a factor restraining hiring. Districts often reported relatively stronger demand for workers in the professional services and information technology industries. By contrast, hiring in freight and manufacturing was weak. A number of Districts reported that manufacturers reduced their headcounts because orders were soft. However, some firms were more concerned about the longer-term availability of workers and subsequently chose to reduce hours rather than staff levels. Wages rose moderately in most Districts, with upward pressure noted for lower-skill workers in the retail and hospitality industries and for higher-skill professional and technical workers. A number of smaller firms reported difficulty matching pay offers from larger firms. Broadly, employers continued to use nonwage approaches such as bonuses and benefits to attract and retain talent.

## CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT) cont'd

### PRICES

Most Districts characterized the recent pace of price increases as modest. Both retailers and manufacturers noted rising input costs, often for items subject to new tariffs, but retailers had relatively more success passing through these cost increases to their customers. Despite a recent increase in fuel costs, some reports suggested that shipping rates remained lower than they were earlier this year because of excess capacity in the industry.

### *Second District--New York*

### SUMMARY OF ECONOMIC ACTIVITY

Growth in the Second District economy was subdued in the latest reporting period. The labor market remained very tight, as employment levels were flat, and wage growth picked up slightly. Input price pressures have remained moderate, while selling prices have risen modestly. Manufacturing activity was up marginally, and transportation business rebounded, while business was reported to be weaker in most service industries. Business contacts generally expressed considerably less optimism about the near-term outlook. Consumer spending was mixed, with strength in auto sales but weakness in other areas. Tourism has remained fairly robust. Housing markets have been softer, on balance, though the residential rental market has continued to firm. Commercial real estate markets have been steady to softer, and new commercial construction has tapered off somewhat. Finally, banks reported a pickup in loan demand from the household sector, though the financial sector overall showed further signs of weakening.

## CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT) cont'd

### *Second District--New York*

**EMPLOYMENT AND WAGES**

The labor market has remained stable and very tight across the District, but hiring has been subdued. Business contacts have continued to report trouble finding workers to fill a wide range of jobs such as construction contractors, truck drivers, auto mechanics, IT professionals, accountants, retail clerks, and nursing home attendants. A major New York City employment agency noted that almost all job candidates are merely jumping from other jobs. However, an upstate contact maintains that there has been a decrease in job-hopping.

Businesses overall continued to report little change in staffing levels. Contacts in real estate, education & health, and leisure & hospitality reported continued modest net hiring, while those in manufacturing, wholesale trade, transportation, and information reported modest declines in employment, on balance. Looking ahead to the next six months, businesses in manufacturing and most service sectors still plan on adding to staff; however, wholesale trade and information businesses anticipate modest declines in employment.

While businesses generally report that wage growth has remained moderate, there has been more widespread escalation in some lower-wage industries such as retail trade and leisure & hospitality. A large New York City employment agency notes that finance-sector firms are largely holding the line on salary increases, and there is a wide gap between salary offers and job-seekers' demands.

**PRICES**

Businesses in most sectors indicated continued moderate increases in input costs and modest growth in selling prices. However, retailers have been reporting increasingly widespread hikes in the prices they pay, and, to a somewhat lesser extent, in the prices they charge. One contact at a major chain noted that tariffs were raising costs, particularly on home goods, but that consumers were resistant to price increases on such merchandise. Contacts in the leisure & hospitality sector, however, have held prices steady and, in some cases, lowered prices. For example, rates on New York City hotel rooms and Broadway theater tickets have receded.

Looking ahead, contacts in retail, wholesale, transportation, and manufacturing expressed a greater inclination to raise prices than others. Manufacturers and wholesalers anticipated the most widespread hikes in prices paid.

## CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT) cont'd

### *Second District--New York*

### CONSUMER SPENDING

Retail sales have softened in recent weeks and were mostly little changed from a year earlier. A major retail chain noted that sales were down and somewhat below plan in September, partly reflecting weak demand for home goods. On a more positive note, some upstate New York retailers reported continued modest growth in both sales activity and shopper traffic. In general, inventories were said to be near desired levels, helped by increased discounting over the summer.

Sales of both new and used vehicles have remained solid in recent weeks, according to dealers in upstate New York. Inventories of new vehicles remained somewhat above desired levels, but there is some concern about maintaining ample inventories (especially of parts) if the GM strike drags out. Dealers indicated that service departments have remained busy and characterized consumer credit conditions as being in good shape.

### MANUFACTURING AND DISTRIBUTION

Manufacturers reported steady to slightly rising business activity. On the distribution side, transportation contacts indicated a modest pickup in activity, while wholesalers noted a significant drop-off in business.

Looking ahead, manufacturers and wholesalers have grown less optimistic about the near-term outlook, while transportation firms have become somewhat more optimistic. Contacts in all these sectors have expressed ongoing concern about tariffs and trade tensions and the related uncertainty going forward.

### SERVICES

Businesses across almost all service industries reported some weakening in activity, on balance, since the last report. However, contacts in leisure & hospitality noted a leveling off in activity, following a substantial pickup in the last report. Broadway theaters reported that attendance and revenues picked up noticeably in the second half of September, following a sluggish spell in August and early September. Hotel occupancy remained solid across most of the District.

Other service industries reported softening activity—particularly those engaged in information services. Finance and real estate firms reported notable weakening, while professional & business and education & health service firms reported flat to modestly declining activity. Service firms, in general, have grown somewhat less optimistic about the near-term outlook.

## CURRENT ECONOMIC CONDITIONS (BY FEDERAL RESERVE DISTRICT) cont'd

*Second District--New York*

### REAL ESTATE AND CONSTRUCTION

Housing markets across the District have been mixed but, on balance, softer since the last report. The home sales market has weakened, especially in New York City, whereas rental markets have continued to strengthen moderately.

Prices of New York City condos and co-ops, which had been fairly steady through mid-year, slipped noticeably in the third quarter—most sharply in Manhattan. A local real estate expert noted that, while the city's "mansion tax" (effective July 1) has curtailed high end sales, the price declines have occurred across the spectrum. Moreover, the inventory of resale inventories has risen noticeably. In contrast, home prices in the suburbs north of New York City have continued to rise slightly, while sales volume and inventory levels have been steady.

The rental market has continued to trend stronger. Residential rents have continued to rise at a 3-5 percent pace, and the high end of the market has out-performed in recent months. Rental vacancy rates have declined further in New York City, and landlord concessions have continued to recede, though they remain fairly prevalent.

Commercial real estate markets across the District have generally been steady to slightly softer. Office rents have been mostly flat, while availability rates have been mixed but up slightly, on balance, while leasing activity has slowed. Industrial markets have shown some signs of softening: rents have continued to rise but at a slower pace, while availability rates have begun to trend up. The market for retail space has remained soft.

New multi-family construction starts have weakened noticeably across the New York City area, though there has been a modest pickup in upstate New York. Ongoing multi-family construction has remained fairly brisk. New office and industrial construction has weakened slightly across the District.

### BANKING AND FINANCE

Small to medium sized banks in the District reported a rise in demand for consumer loans and residential mortgages but steady demand for commercial mortgages and C&I loans. Bankers reported higher refinancing activity. Banks reported unchanged credit standards and narrowing spreads across all loan categories. Contacts also reported widespread decreases in the average deposit rate. Finally, banks reported lower delinquency rates for consumer loans, but stable delinquencies across other categories.

## NASSAU COUNTY DATA

*2019*

*Nassau County is located on the central western portion of Long Island, New York.  Long Island is approximately 120 miles long, 12-16 miles wide and contains a total area of 1,372± square miles*

Included in the area of Long Island are the Boroughs of Brooklyn and Queens, which are part of New York City, and the counties of Nassau and Suffolk.   Physically, Nassau County is situated at the approximate midpoint of Long Island, New York, lying between the New York City Boroughs of Brooklyn and Queens to the west, and Suffolk County to the east.  North of Nassau County is Long Island Sound and to the south lies the Atlantic Ocean. Nassau County occupies 286.7 square miles of this area.  Midtown Manhattan is a little more than 15 miles from the Queens-Nassau County line.



**TOTAL LAND AREA:**  **NASSAU COUNTY**
Square Miles:  286.7
Current Population:  1,349,233

Nassau and Suffolk County each has its share of pleasurable amenities that make Long Island such a desirable area to live, work and play. With 1,180 miles of shoreline, both counties have numerous beaches and other water sports recreational facilities, which attract much tourism.

Prior to World War II, Nassau County was primarily farmland and estate area.  After the Second World War there was considerable migration from New York City eastward into Nassau County.

### LOCAL GOVERNMENT

Nassau County is divided into two cities and three towns.  Within the two cities, the county is divided into three townships:  Town of Hempstead, Town of North Hempstead, and the Town of Oyster Bay. The county's two cities are geographically within towns but politically independently of them. Each has a local government responsible for city finances and administration.  The mayor prepares a budget that must be submitted to the board of trustees for approval.   The board sets a tax rate to support the budget and supervises the collection of taxes.   The board is also responsible for the safety and welfare of inhabitants and the protection of property.   Special districts were created to provide specific services to people within specific geographical area. They include fire protection, garbage removal, parks, water and sewer districts. There are also lighting, sidewalk and escalator districts in certain areas.   Districts are administered either by locally elected commissioners or directly by the towns. Districts generally serve residents of hamlets, but many districts cut across municipal borders and serve areas in both villages and hamlets.  The City of Glen Cove is governed by a mayor and six councilmen, all elected for two-year terms.

## NASSAU COUNTY DATA (CONT'D)

### *VILLAGES AND HAMLETS*

Nassau County also contains 70 unincorporated hamlets and 64 villages with their own elected officials, including a mayor and a village board.   Each village has an elected mayor, four to six elected trustees, a clerk and a treasurer. The counties have no village government.  Services for residents of these areas are provided by the towns and by special districts.  They may also have such officials as an engineer, superintendent of public works, an auditor, justice of the peace, an attorney and other officials they consider necessary.   The villages are responsible for their local legislation, licensing, zoning ordinances and, in some instances, their own police departments.



### *SCHOOL DISTRICTS*

Nassau County has over 50 school districts, and approximately 315 public schools.  Nassau County school districts operate with their own District Superintendents, board members, educators, teachers, and staff.

Nassau and Suffolk Counties are comprised of 127 public school districts and nearly twice as many private schools. Both school districts provide excellent special education programs and nationally leading ESL and Bilingual education options. Although the number grows each year, it is estimated that nearly half a million students, instructed by approximately 35,800 teachers, attend Long Island public and private schools. Both private and public school districts on Long Island, including those located in Suffolk County, are noted to be among the highest ranking school districts in the US.

**Long Island Public Schools:**
- Total # of Districts:        127
- Total # of Students:        476,000
- Total # of Teachers:        35,800

**Long Island Private Schools:**
- Total # of Schools:        230
- Total # of Students:        53,000
- Total # of Teachers:        5,000

Upon leaving the ranks of private or public school system, Long Island also offers a variety of higher education opportunities to its residents. Roughly 88% of the graduating classes each year embark on the voyage into the higher education ranks, and in Long Island, they have the option of seventeen different 4 year degree colleges and universities, 8 two/three year junior colleges, and five professional institutions. Just a few of the Long Island schools of higher learning are: Hofstra University, Dowling College, New York Institute of Technology, St. Joseph College, Nassau Community College, SUNY Stony Brook, and Touro Law College, plus many others.

**NASSAU COUNTY DATA (CONT'D)**

*POPULATION*

According to US Census Bureau statistics, the population estimate for Nassau County in July 2018 was 1,358,343, indicating a 1.4% increase from April 1, 2010.

*The following chart shows population growth for Nassau County to current estimates:*



*The following chart shows population growth for Nassau County as compared to Suffolk County from 2010 through most recent year estimate:*

| ALL TOPICS | Nassau County, New York | Suffolk County, New York |
|---|---|---|
| Population estimates, July 1, 2018, (V2018) | 1,358,343 | 1,481,093 |
| **PEOPLE** | | |
| **Population** | | |
| Population estimates, July 1, 2018, (V2018) | 1,358,343 | 1,481,093 |
| Population estimates base, April 1, 2010, (V2018) | 1,339,885 | 1,493,147 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2018, (V2018) | 1.4% | -0.8% |
| Population, Census, April 1, 2010 | 1,339,532 | 1,493,350 |

**NASSAU COUNTY DATA (CONT'D)**

**Economic Summary**



## Nassau-Suffolk Division Economic Summary

**Updated April 03, 2019**

This summary presents a sampling of economic information for the area; supplemental data are provided for regions and the nation. Subjects include **unemployment**, **employment**, **wages**, **prices**, **spending**, and **benefits**. All data are not seasonally adjusted and some may be subject to revision. Area definitions may differ by subject. For more area summaries and geographic definitions, see www.bls.gov/regions/economic-summaries.htm.



Unemployment rates for the Nassau division, selected area counties, and the nation

Source: U.S. BLS, Local Area Unemployment Statistics.



Average weekly wages for all industries by county

**Nassau division, 3rd quarter 2018**
(U.S. = $1,055)

Source: U.S. BLS, Quarterly Census of Employment and Wages.



Over-the-year changes in employment on nonfarm payrolls and employment by major industry sector

12-month percent changes in employment

Source: U.S. BLS, Current Employment Statistics.

| Nassau division employment (numbers in thousands) | Feb. 2019 | Change from Feb. 2018 to Feb. 2019 | |
|---|---|---|---|
| | | Number | Percent |
| Total nonfarm | 1,324.2 | 9.4 | 0.7 |
| Mining, logging, and construction | 82.1 | 4.5 | 5.8 |
| Manufacturing | 70.6 | -0.4 | -0.6 |
| Trade, transportation, and utilities | 270.2 | 0.2 | 0.1 |
| Information | 16.7 | -1.2 | -6.7 |
| Financial activities | 69.6 | -0.7 | -1.0 |
| Professional and business services | 156.6 | -8.0 | -4.9 |
| Education and health services | 280.9 | 11.6 | 4.3 |
| Leisure and hospitality | 119.6 | 4.0 | 3.5 |
| Other services | 59.2 | -0.4 | -0.7 |
| Government | 198.7 | -0.2 | -0.1 |

Source: U.S. BLS, Current Employment Statistics.

U.S. BUREAU OF LABOR STATISTICS • bls.gov | @BLS_gov

*General Information*          **ROGERS & TAYLOR APPRAISERS, INC.**

**NASSAU COUNTY DATA (CONT'D)**



# Nassau-Suffolk Division Economic Summary

## Nassau-Suffolk Division Economic Summary

**Updated April 03, 2019**

This summary presents a sampling of economic information for the area; supplemental data are provided for regions and the nation. Subjects include **unemployment**, **employment**, **wages**, **prices**, **spending**, and **benefits**. All data are not seasonally adjusted and some may be subject to revision. Area definitions may differ by subject. For more area summaries and geographic definitions, see www.bls.gov/regions/economic-summaries.htm.



Unemployment rates for the Nassau division, selected area counties, and the nation

**Unemployment rates**

Source: U.S. BLS, Local Area Unemployment Statistics.



Average weekly wages for all industries by county

**Nassau division, 3rd quarter 2018**
(U.S. = $1,055)

Nassau $1,126   Suffolk $1,124

Source: U.S. BLS, Quarterly Census of Employment and Wages.

Over-the-year changes in employment on nonfarm payrolls and employment by major industry sector



12-month percent changes in employment

Source: U.S. BLS, Current Employment Statistics.

| Nassau division employment (numbers in thousands) | Feb. 2019 | Change from Feb. 2018 to Feb. 2019 | |
|---|---|---|---|
| | | **Number** | **Percent** |
| Total nonfarm | 1,324.2 | 9.4 | 0.7 |
| Mining, logging, and construction | 82.1 | 4.5 | 5.8 |
| Manufacturing | 70.6 | -0.4 | -0.6 |
| Trade, transportation, and utilities | 270.2 | 0.2 | 0.1 |
| Information | 16.7 | -1.2 | -6.7 |
| Financial activities | 69.6 | -0.7 | -1.0 |
| Professional and business services | 156.6 | -8.0 | -4.9 |
| Education and health services | 280.9 | 11.6 | 4.3 |
| Leisure and hospitality | 119.6 | 4.0 | 3.5 |
| Other services | 59.2 | -0.4 | -0.7 |
| Government | 198.7 | -0.2 | -0.1 |

Source: U.S. BLS, Current Employment Statistics.


U.S. BUREAU OF LABOR STATISTICS • bls.gov | @BLS_gov



*General Information*     **ROGERS & TAYLOR APPRAISERS, INC.**

**NASSAU COUNTY DATA (CONT'D)**

## Long Island Labor Market

According to the New York State Department of Labor, five out of nine private industry sectors gained jobs in February 2018 as compared to the previous year. Health care and social assistance continues to be a leader in job growth on Long Island, gaining 7,300 jobs over-the-year. The trade, transportation and utilities sector grew by 6,900; professional and business services grew by 4,500; natural resources, mining and construction grew by 4,200; and other services grew by 1,400 over the past year. New restaurant openings along with normal seasonal gains in this sector could be a boost to the area's labor market in coming months.

*The following chart indicates labor force for Nassau County as of March 2019 as 709,422, as compared to March 2018 at 700,174:*



*The following chart indicates average weekly earnings of all employees for Nassau County as of March 2019:*



## NASSAU COUNTY DATA (CONT'D)

### UNEMPLOYMENT

*The following chart indicates unemployment rate for Nassau County as of March 2019 at 3.5%, according to the U.S. Department of Labor.*



As reported in Newsday, Long Island's unemployment rate for March 2019 was 3.5 percent, down 0.7 percentage points from a year ago, the state Department of Labor reports. The rate in the towns of Riverhead and Southampton fell the most, 1.1 percentage points. Rockville Centre had the lowest rate, 2.8 percent, down 0.6 percentage points from a year ago. The state rate was down 0.5 percentage points to 4.1 percent.

The chart below shows March rates for 2019 as reported by Newsday:

| March 2019 | Employed | Unemployed | Rate (%) |
|---|---|---|---|
| **Long Island** | 1,436,800 | 52,200 | 3.5 |
| **Nassau County** | 686,100 | 23,300 | 3.3 |
| Freeport | 22,000 | 1,000 | 4.2 |
| Glen Cove City | 13,800 | 600 | 4.3 |
| Hempstead Town | 390,100 | 13,900 | 3.4 |
| Hempstead Village | 26,600 | 1,400 | 5.1 |
| Long Beach City | 19,200 | 600 | 2.9 |
| No. Hempstead Town | 111,400 | 3,500 | 3.1 |
| Oyster Bay Town | 151,700 | 4,700 | 3.0 |
| Rockville Centre | 12,100 | 300 | 2.8 |
| Valley Stream | 19,100 | 700 | 3.4 |

### EMPLOYMENT BASE

The employment base on Long Island has become more diversified in the past ten years. The loss of defense jobs hurt the Long Island economy, but allowed the economy to become less dependent on one industry. In 2002, 30 private employers each had more than 2,100 workers on Long Island. These employers cover a wide range of industries, including medical care, banks, educational institutions, department stores, and manufacturers.

The following job titles (and their annual median wage) are likely to see greater than normal growth through the end of 2019:

## NASSAU COUNTY DATA (CONT'D)

**EMPLOYMENT BASE**

- Registered nurses ($83,220)
- Helpers – carpenters ($26,460)
- Medical scientists, excluding epidemiologists ($95,130)
- Personal care aides ($25,400)
- Software developers, applications ($97,380)

**TOP MAJOR EMPLOYERS ON LONG ISLAND**

Table 2. Major Employers in the Nassau-Suffolk HMA

| Name of Employer | Nonfarm Payroll Sector | Number of Employees |
| --- | --- | --- |
| Northwell Health | Education & health services | 37,000 |
| Altice USA Inc. | Information | 18,900 |
| Henry Schein, Inc. | Wholesale & retail trade | 15,000 |
| CA Technologies | Professional & business services | 13,600 |
| Pall Corporation | Manufacturing | 10,800 |
| Broadridge Financial Solutions, Inc. | Professional & business services | 6,200 |
| Systemax Inc. | Wholesale & retail trade | 5,300 |
| MSC Industrial Direct Co Inc. | Wholesale & retail trade | 4,975 |
| Hain Celestial Group Inc. | Manufacturing | 3,725 |
| Verint Systems Inc. | Professional & business services | 3,200 |

Note: Excludes local school districts.
Source: Economy.com

## HOUSEHOLDS

The household count in Nassau County has changed from 447,387 in 2000 to 468,593 in the current year. The five-year projection of households is 446,906, a change of 0.09 percent annually from the current year total. Average household size is currently 2.95, compared to 2.93 in the year 2000. The number of families in the current year is 342,707 in Nassau County.

## HOUSEHOLDS BY INCOME

Households in Nassau County, NY have a median annual income of $108,133, which is more than the median annual income of $60,336 across the entire United States. This is in comparison to a median income of $105,870 in 2017, which represents a 2.1% annual growth.

Median Household Income

$108,133     2.14%
2017 VALUE     1 YEAR GROWTH
$2,724     3.05%

Look at the chart to see how the median household income in Nassau County, NY compares to that of it's neighboring and parent geographies.



| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Nassau County, NY
Suffolk County, NY
Fairfield County, CT
Westchester County, NY
New York-Newark-Jersey City, NY-NJ-PA
New York
Queens County, NY
United States
Bronx County, NY

$0   $10k   $20k   $30k   $40k   $50k   $60k   $70k   $80k   $90k   $100k

MEDIAN HOUSEHOLD INCOME

## NASSAU COUNTY DATA (CONT'D)

### SUPPLY AND DEMAND

*As reported in the Douglas Elliman Quarterly Survey report for the 1st quarter of 2019,* Long Island Sales Report, Long Island housing market continued to rise, compiling 24th consecutive quarters without a year over year decline. Median sales price rose 4.9% to $429,999 from the same period last year. Average sales price showed similar pattern rising 4.1%. Luxury median sales price increased 7.5%, making the first year over year gain in 5 quarters.

Days on market, the average number of days from the original listing date to the contract date, was 3 days faster, falling to 81 days from 84 days from the year-ago quarter. Listing discount, the percentage difference between the original list price and the contract price, remained the same at 3.7% from the year-ago quarter



Long Island Listing Inventory (Supply) vs. Number of Sales (Demand)

### HOUSING – ABSORPTION RATE BY COUNTY

**As reported by Miller Samuel – 1st Quarter of 2019**

Long Island Monthly Absorption Rate by County



**NASSAU COUNTY DATA (CONT'D)**

### ⊞ NASSAU COUNTY

There were 2,570 sales in the first quarter of 2019, down slightly from 2,583 sales in the same period last year while listing inventory increased over the same period.  The median sales price of a Nassau County property was $510,000, up 4.3% from the previous year quarter.  Average sales prices rose slightly 2.36% from the previous quarter.

| Nassau Market Matrix | Q1-2019 | %Δ (QTR) | Q4-2018 | %Δ (YR) | Q1-2018 |
|---|---|---|---|---|---|
| Average Sales Price | $629,029 | 0.5% | $626,025 | 2.6% | $612,977 |
| Median Sales Price | $519,000 | -0.2% | $520,000 | 3.8% | $500,000 |
| Number of Sales (Closed) | 2,570 | -22.5% | 3,315 | -0.5% | 2,583 |
| Days on Market (From Original List Date) | 82 | 13.9% | 72 | -3.5% | 85 |
| Listing Discount (From Original List Price) | 4.4% | | 3.9% | | 4.4% |
| Listing Inventory | 5,205 | 11.1% | 4,684 | 13.2% | 4,599 |
| Months of Supply | 6.1 | 45.2% | 4.2 | 15.1% | 5.3 |
| Total Pending Sales | 2,976 | 4.9% | 2,838 | 1.2% | 2,940 |

| Nassau Quintiles | Median Sales Price | %Change (YEAR) |
|---|---|---|
| 5/5 | $999,090 | 4.1% |
| 4/5 | $640,000 | 1.6% |
| 3/5 | $519,000 | 3.8% |
| 2/5 | $433,000 | 3.9% |
| 1/5 | $300,000 | 5.3% |



**NASSAU COUNTY DATA (CONT'D)**



## Strong Industrial Market with Record Sales Volume and 20-Year Hikes in Leasing Rates

**Rose Liu** Director of Finance & Research | Long Island

- The Q4 Long Island Industrial Market remained tight with limited vacancies. Industrial property usage benefited from the strengthened economy. Economic statistics show that current economic growth is strong. Continuing previous momentum, the U.S. economy grew at 3.4 percent in Q3 followed by the strongest GDP of 4.2 in Q2. Employment was at historical highs with an extremely low average unemployment rate of 3.13% in Q4 and the current rate stands at 3.9%. The industrial market has benefited from uptick in GDP and the rapid growth of E-Commerce. In addition, the Federal Reserve raised interest rates for the fourth time this year, which indicate strong market fundamentals and a continuous growth of the general economy and real estate market.

- The manufacturing sector continues with its moderate performance despite a slight decrease in the Institute for Supply Management's Manufacturing Purchasing Managers Index (PMI) from the average of 59.7 in Q3 to 57.0 in Q4.

- The average vacancy rates for the Long Island Industrial Market rose slightly to 3.5%, 10 basis points (BPs) up from Q3, with 3.8% in Nassau County and 3.3% in Suffolk County.

- The average rental rates for the Long Island Industrial Market rebounded to $13.05 per square foot (psf) NNN, a 7.14% increase quarter-over-quarter, and a 24.76% increase year-over-year.

- Absorption on Long Island picked up and absorbed negative 99,197 square feet (sf), up from negative 237,560 sf.

- The Q4 Long Island industrial leasing activity climbed to 726,652 sf, which saw a big increase of 30.90% from Q3, yet it was still well below the 1.4 million square feet from a year ago. The Q4 industrial property sales hit the record levels which attained a total transaction volume of $373.4 million, 14.31% up from 2017. The average sales price improved to $114.00 psf from $110.00 psf in Q3 with lowering average cap rates of 7.80% in Q4.

| Market Indicators Relative to prior period | Nassau Q4 2018 | Nassau Q1 2019* | Suffolk Q4 2018 | Suffolk Q1 2019* |
|---|---|---|---|---|
| VACANCY | ↑ | ↓ | ↑ | ↑ |
| NET ABSORPTION | ↑ | ↑ | ↑ | ↑ |
| CONSTRUCTION | ↑ | ↔ | ↑ | ↔ |
| RENTAL RATE** | ↑ | ↑ | ↑ | ↑ |

Note:
*Projected
**Rental rates for current quarter are for suburban area.

### Summary Statistics
Q4 2018 Long Island Industrial Market

| | Nassau | Suffolk | Long Island* |
|---|---|---|---|
| Vacancy Rate | 3.8% | 3.3% | 3.5% |
| Change From Q3 2018 (basis points) | 10 | 10 | 10 |
| Net Absorption (Thousand Square Feet) | -49.5 | -49.7 | -99.2 |
| Vacancy Rate (Warehouses) | 3.7% | 2.9% | 3.2% |
| Vacancy Rate (Flex Buildings) | 4.5% | 7.3% | 6.0% |

**Asking Rents**
Per Square Foot Per Year

| | | | |
|---|---|---|---|
| Suburban | $14.19 | $12.10 | $13.05 |
| Change From Q3 2018 | 12.0% | 1.5% | 7.1% |
| Suburban Warehouses | $14.13 | $12.19 | $13.05 |
| Suburban Flex Buildings | $15.16 | $8.00 | $13.04 |

*Long Island Industrial Market refers to Nassau & Suffolk Counties; 10,000 square feet and above

## NASSAU COUNTY DATA (CONT'D)



**Vacancy**

> The Inventory for the Long Island Industrial Market at the end of Q4 stabilized at 158.5 million square feet, with 52.3 million sf in Nassau County and 106.2 million sf in Suffolk County. The Q4 vacancy rates on Long Island remained steady at 3.5% with only a 0.1% increase from Q3. The Q4 vacancy rates increased in both Nassau and Suffolk Counties to 3.8% and 3.3% respectively. Thanks to the strong economy and tax incentives, the industrial market remained tight in the past few years. This trend will continue in 2019 and into 2020.

**Rental Rate**

> Fourth quarter average asking rents on Long Island rebounded to $13.05 psf NNN, up 7.14% from Q3 and up 24.76% from a year ago, which marked the highest in the last 20 years to $14.19 psf NNN and $12.10 psf NNN respectively. The industrial market continues to tighten, and E-Commerce continues to boom, which has boost industrial users in both warehouses and distribution centers.

**Absorption**

> The Q4 Long Island Industrial Market showed a negative 99,197 sf up from negative 237,560 sf in Q3. Warehouses and flex buildings recorded negative 51,123 and negative 48,074 sf respectively. Buildings in this area with large negative absorptions included 301 Henry Street, Lindenhurst (-90,000 sf) and 700 Hicksville Road, Bethpage (-42,600 sf). With the strong economy and strengthened market fundamentals, the industrial market absorption is expected to pick up in 2019.

*General Information*      **ROGERS & TAYLOR APPRAISERS, INC.**

## NASSAU COUNTY DATA (CONT'D)

### TRANSPORTATION

Transportation in Nassau County is predominantly by private automobile. The private automobile accounted for 84% of all means of transportation to or from work. A network of expressways and parkways serve Nassau County. The Long Island Expressway, Northern and Southern State Parkways, are the main east/west highways connecting Suffolk County and the City of New York. The Meadowbrook and Wantagh State Parkways and the Seaford-Oyster Bay Expressway are the main north/south arteries connecting the north and south shores of the island.

The Long Island Rail Road operates two main lines and several branches through Nassau County. In addition to providing frequent commuter service to and from New York City, the Long Island Rail Road carries tons of freight to the island's industries.

The railroad maintains 134 stations conveniently located in major communities. Although the railroad has been much maligned, it is one of the largest commuter lines in the country.

Although bus transportation is available, it only accounts for a small percent of the means of transportation. This mode of transportation has not been well-developed in the Nassau County area and cannot be considered a viable means of transportation until additional funds are expended for its development.

Transportation out of the area via airplane is provided by various airports located in close proximity to the County. Included are Kennedy Airport, LaGuardia Airport and Islip-MacArthur Airport. MacArthur Airport has recently been added to the National Registry of Airports. It should also be noted that both Kennedy and LaGuardia are among the busiest airports in the world.

### LATEST DEVELOPMENT PROJECTS FOR NASSAU COUNTY

Syosset
Cerro Wire
The Plan: 750,000 square foot, $500 million upscale mall on the site of the former Cerro Wire and Cable Co.

Glen Cove
Glen Isle
The Plan: Mixed-use waterfront development on 56 acres, including 860 residential units and a 250-room hotel.

Uniondale
The Lighthouse at Long Island
The Plan: Transform the 150 acre site at the Nassau Veterans Memorial Coliseum site into a 5.5 million square foot mixed-use development with a new Islanders arena, five-star hotel, luxury apartments, Class A office space, a convention center and 500,000 square feet of retail space.

**NASSAU COUNTY DATA (CONT'D)**

**CONCLUSION**

The economic outlook for the country is mixed, with Long Island actually faring better than most regions by the end of the 4th Quarter of 2018.   The employment base on Long Island has become more diversified in the past ten years. The loss of defense jobs hurt the Long Island economy, but allowed the economy to become less dependent on one industry. Long Island has emerged into a service-based economy, with the most growth seen in professional and business services.

Overall, the near-term outlook for Long Island's economy is cautiously optimistic, with moderate growth continuing through 2019.  Commercial value declines have slowed throughout Long Island and now have appeared to stabilize. While some markets have fared better than others, the Long Island housing market is showing strength.  Nassau County's economy continues to grow faster than the national economy.

# AREA DATA

**TOWN OF OYSTER BAY**
**2019**

The **Town of Oyster Bay** is one of three towns in Nassau County, New York.   The town occupies the eastern sector of Nassau County, and is the only town in the county to extend from the North Shore to the South Shore of Long Island.  The town is bordered on the north by the Long Island Sound, on the west by the Towns of Hempstead and North Hempstead, on the east by Suffolk County and on the south by the Atlantic Ocean.  The Town of Oyster Bay is the second largest township within Nassau County, encompassing 104.3 square miles.



The town is headed by an elected Town Supervisor whose responsibilities include presiding over meetings of the Town Council and directing the legislative and administrative function of that body. The position also entails creating and implementing the town's budget.  The Town Council is comprised of six voting Council members, one member from each of the town's six districts. Their primary function is to adopt the annual budget, adopt and amend the town code and building zone ordinances, adopt all traffic regulations, and hear applications for changes of zone and special exceptions to zoning codes.  Other elected officials in the town include the Town Clerk and the Receiver of Taxes. The Town Clerk is responsible for issuing birth, marriage, and death certificates and is considered the town's record keeper.

**TOTAL LAND AREA**
Square Miles:   104.3 square miles
Consisting of 18 hamlets, 18 Villages

*The town of Oyster Bay is a patchwork of the following 18 incorporated villages and 18 hamlets:*

## Villages

- Bayville
- Brookville
- Centre Island
- Cove Neck
- East Hills (This village is shared with the Town of North Hempstead.)

- Farmingdale
- Lattingtown
- Laurel Hollow
- Massapequa Park
- Matinecock
- Mill Neck
- Muttontown

- Old Brookville
- Old Westbury (This village is shared with the Town of North Hempstead.)
- Oyster Bay Cove
- Roslyn Harbor (This village is shared with the Town of North Hempstead.)
- Sea Cliff
- Upper Brookville

## AREA DATA (CONT'D)
(TOWN OF OYSTER BAY)

### Hamlets

- Bethpage
- East Massapequa
- East Norwich
- Glen Head
- Glenwood Landing (part)
- Greenvale (part)

- Hicksville
- Jericho
- Locust Valley
- Massapequa
- North Massapequa
- Old Bethpage

- Oyster Bay*
- Plainedge
- Plainview
- South Farmingdale
- Syosset
- Woodbury

\* Within the Town of Oyster Bay, there is also a hamlet named Oyster Bay.

### HISTORY

The area was originally part of the colony of New Amsterdam.  It was purchased by the Dutch West India Company from local Indians in 1639, although a border dispute erupted between the Dutch and English in 1640.  In 1650, the Treaty of Hartford established a boundary between Dutch and English claims, although it did not end the dispute.  The Dutch meant the eastern border was present-day Cold Spring Harbor and the English meant it included all of the water connected to present-day Oyster Bay Harbor.  Meanwhile, England came under control of Oliver Cromwell as a republic, and smugglers took advantage of the unresolved border dispute.  English settlers made their first purchase of land in Oyster Bay from the Matinecock tribe in 1653.  When the English monarchy was restored in 1660, King Charles gave Long Island to his brother James, leading to the Dutch relinquishing control of all of New Amsterdam.  In 1667, the settlement of Oyster Bay received its charter from the English colony of New York, and became the Township of Oyster Bay.

During most of the American Revolution, the town was under the control of English forces.  It was originally part of Queens County, until 1898 when the western portion of Queens County was amalgamated into New York City and Nassau County was created in 1899.  Nassau County is comprised of three towns, including the Town of Oyster Bay, Hempstead and North Hempstead.

The Town of Oyster Bay is one of the finest communities in the nation.  Stretching from the Atlantic Ocean on its southern border to the Long Island Sound on the North Shore, each of the town's communities has a distinctly unique flavor. Collectively, they boast pristine beaches, beautiful waterfronts, picturesque parks, nature preserves, wildlife sanctuaries, historic sites, fine shopping, and more.

An exceptional town government has resulted in some of the finest municipal services found anywhere. From outstanding recreational facilities and environmental preservation efforts, to programs tailored specifically for children, senior citizens and the handicapped, the progressive town government has contributed greatly to the superior quality of life residents enjoy there.

The Town of Oyster Bay boasts one of the most revered suburban environments in the country with all the trimmings. The town's suburban communities are famous for manicured lawns and quaint shopping areas as well as sprawling malls and diverse terrain, evident as one travels from the level south shore to the hilly north shore.

## AREA DATA (CONT'D)
(TOWN OF OYSTER BAY)

### HISTORY (CONT'D)

The northernmost sector of Oyster Bay contains some of the most prestigious and wealthy communities within the county.   These areas include Oyster Bay Cove, Muttontown, Mill Neck, Lattingtown, Brookville, Matinecock, Old Westbury, and sections of Glen Cove. These areas, which are generally located close to the north shore line, are primarily upper income in character.



The village of Oyster Bay Cove, in the Town of Oyster Bay, Nassau County, New York, was incorporated on December 29, 1931. Its boundaries were extended to its present limits in October 1932 and November 1963.  The primary purpose in organizing the village was to give its citizens direct participation in the governing of their own affairs. A second purpose was to maintain a predominantly open country and residential character of the neighborhood.

The Village of Oyster Bay owns a small recreation area adjacent to the bay on the north side of Cove Road, several hundred feet west of Cove Neck Road. This area is restricted to Oyster Bay Cove residents and their guests.

### AREA ATTRACTIONS

Area attractions within the Town of Oyster Bay include Sagamore Hill, the former residence and summer White House of Theodore Roosevelt, the 26th President of the United States.

- Sagamore Hill National Historic Site in Oyster Bay



The Sagamore Hill National Historic Site was established in 1962 to preserve the former home and summer White House of Theodore Roosevelt as a unit of the National Park Service.  Almost all of the furnishings are original.  Included on the site is the Theodore Roosevelt Museum, which chronicles the life and career of the President.  The 83-acre estate provides a natural backdrop for a magnificent collection of trees, rare shrubs and plants, beautiful flower beds and an interpretive nature trail.

Other area attractions include:

- Theodore Roosevelt Sanctuary & Audobon Center
- Sea Cliff Village Museum
- Townsend Manor
- Planting Fields Arboretum
- Oyster Bay Golf Course

- Bayville Historical Museum
- Garvies Point Museum
- Old Bethpage Village Restoration
- Muttontown Preserve
- Syosset/Woodbury Park

## AREA DATA (CONT'D)
(TOWN OF OYSTER BAY)

### LAND USE

The following charts show the land use for the Town of Oyster Bay in comparison to Long Island according to *Long Island Index.com*:



**\*Data sources**
  Nassau County Planning Department and Suffolk County Planning Department

### POPULATION

The most recent Census estimate for 2018 indicated a population of 298,388 for the Town of Oyster Bay, while the 2015 indicated a population of 298,768.  This represents an increase of 380 persons in two years.  The 2010 Census indicated a population of 293,376, representing a 1.4% increase.

| ALL TOPICS | | Oyster Bay town, Nassau County, New York | Nassau County, New York |
|---|---|---|---|
| Population estimates, July 1, 2018, (V2018) | | 298,388 | 1,358,343 |
| 👤 PEOPLE | | | |
| Population | | | |
| Population estimates, July 1, 2018, (V2018) | | 298,388 | 1,358,343 |
| Population estimates base, April 1, 2010, (V2018) | | 293,419 | 1,339,885 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2018, (V2018) | | 1.7% | 1.4% |
| Population, Census, April 1, 2010 | | 293,214 | 1,339,532 |

## AREA DATA (CONT'D)

(TOWN OF OYSTER BAY)

Oyster Bay has an unemployment rate of 3.0%. The US average is 5.2%.  Oyster Bay has seen the job market increase by 1.8% over the last year. Future job growth over the next ten years is predicted to be 39.9%, which is higher than the US average of 38.0%.   Tax Rates for Oyster Bay  is 8.6%. The US average is 6.0%. Income and Salaries for Oyster Bay resident is $74,419 a year. The US average is $28,555 a year.  The Median household income of Oyster Bay resident is $108,438 a year. The US average is $53,482 a year.

| ECONOMY | Oyster Bay, New York | United States |
|---|---|---|
| Future Job Growth | 39.9% | 38.0% |
| Sales Taxes | 8.6% | 6.0% |
| Income Taxes | 0.0645 | 0.046 |
| Income per Cap. | $74,419 | $28,555 |



## AREA DATA (CONT'D)

(TOWN OF OYSTER BAY)

### EMPLOYMENT

Within the Oyster Bay Township in Hicksville is Northrop Grumman Corp. which is the ninth largest employer of people on Long Island with approximately 5,000+ currently employed. This employer is vital to the stability and economic well-being of the Town of Oyster Bay and Nassau County in general. Due to recent government cutbacks, however, Northrop Grumman has been forced to reduce its payroll, which has created unemployment.



The **income per capita in Oyster Bay** is 44.7% greater than the New York average and 65.6% greater than the National average. The **median household income in Oyster Bay** is 43.1% greater than the New York average and 55.6% greater than the National average. The median household income in Oyster Bay for owner occupied housing is 64.5% greater than the median household income for renter occupied housing in Oyster Bay.

The **poverty level in Oyster Bay** is 70.7% less than the New York average and 70.7% less than the National average. The median earnings for males in Oyster Bay is 43.4% greater than the median earnings for females in Oyster Bay

### UNEMPLOYMENT

The following table shows unemployment rates for the Town of Oyster Bay, as reported by the New York State Department of Labor. In May 2019, the unemployment rate for Oyster Bay was 3.0%. By comparison, the unemployment rate for New York State was 6.3% for the same month/year.

### Oyster Bay town, NY

(Data are not seasonally adjusted. Data are preliminary and subject to revision.)

**UNEMPLOYMENT RATE**

Spreadsheet Version
C SV Version

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Ann Avg |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|
| 2019 | 3.3% | 3.2% | 3.0% | 2.8% | 3.0% | | | | | | | | |
| 2018 | 4.0% | 4.1% | 3.5% | 3.2% | 3.1% | 3.5% | 3.4% | 3.3% | 3.1% | 3.0% | 2.9% | 3.0% | 3.3% |
| 2017 | 4.0% | 4.1% | 3.5% | 3.5% | 3.7% | 3.9% | 4.1% | 4.1% | 3.9% | 3.8% | 3.7% | 3.6% | 3.8% |

## AREA DATA (CONT'D)

(TOWN OF OYSTER BAY)

### HOUSING

The housing demand in the Town of Oyster Bay increased within the last five years. Apartment complexes are at 100% occupancy and most have established waiting lists. Conversions of these complexes also has been a recent trend especially in the City of Glen Cove and in the villages where most of the apartment complexes are located. There is a great demand for housing as the Town of Oyster Bay is in good proximity for commutation to New York City.

| NAME | 2010 Census Bureau Population Total | 2018 Housing Units | | |
|------|---|---|---|---|
| | | Total | Occupied | Vacant |
| **Nassau County** | 1,369,514 | 473,496 | 448,528 | 24,968 |
| Glen Cove city | 26,964 | 10,352 | 9,764 | 588 |
| Hempstead town | 759,757 | 256,734 | 246,456 | 10,278 |
| Long Beach city | 33,275 | 16,450 | 14,809 | 1,641 |
| North Hempstead town | 226,322 | 81,961 | 78,080 | 3,881 |
| **Oyster Bay town** | **298,388** | **102,849** | **99,419** | **3,430** |

Taken from 2010 US Census Bureau

### HOUSING MARKET SOUTH SHORE Nassau County

- **Number of sales decreased annually for the second time in three quarters**
- **Total pending sales slipped year over year for the fifth straight quarter**

According to the Douglas Elliman, 1st Qtr. 2019 report, in the South Shore of Nassau County, there were 882 sales in the first quarter 2019 unchanged from the prior quarter year. There was a slight decrease in the days on market to 80 from the previous quarter year at 87, a -8.0% decrease. Listing inventory increased 6.3% from 1st Qtr 2018 to 1st Qtr 2019 to 1,475 with a median sales price of $485,000.

NASSAU COUNTY - **SOUTH SHORE**

| Nassau-South Shore Market Matrix | Q1-2019 | %Δ (QTR) | Q4-2018 | %Δ (YR) | Q1-2018 |
|---|---|---|---|---|---|
| Average Sales Price | $518,211 | -1.4% | $525,583 | 3.7% | $499,605 |
| Median Sales Price | $485,000 | 0.0% | $485,000 | 4.1% | $466,000 |
| Number of Sales (Closed) | 882 | -22.2% | 1,134 | -0.1% | 883 |
| Days on Market (From Original List Date) | 80 | 2.6% | 78 | -8.0% | 87 |
| Listing Discount (From Original List Price) | 3.3% | | 3.2% | | 2.9% |
| Listing Inventory | 1,475 | 7.0% | 1,378 | 6.3% | 1,388 |
| Months of Supply | 5.0 | 38.9% | 3.6 | 6.4% | 4.7 |
| Total Pending Sales | 850 | 9.5% | 776 | -0.4% | 853 |

*LONG ISLAND MARKET OVERVIEW 1ST QTR 2019. DOUGLAS ELLIMAN.COM

## AREA DATA (CONT'D)

(TOWN OF OYSTER BAY)

**NORTH SHORE Nassau County**

According to the Douglas Elliman, 1st Qtr. 2019 report, in the North Shore of Nassau County, there were 459 sales in the first quarter of 2019 and 484 in the prior quarter year.  That was a decrease of 5.2%.  There was a decrease in the days on market to 104 from the previous quarter year at 109, a 4.6% decrease.

LONG ISLAND MARKET OVERVIEW 1ST QTR. 2019  NEW ELLIMAN.COM

| Nassau-North Shore Market Matrix | Q1-2019 | %Δ (QTR) | Q4-2018 | %Δ (YR) | Q1-2018 |
|---|---|---|---|---|---|
| Average Sales Price | $1,068,600 | 0.9% | $1,059,185 | 2.0% | $1,047,916 |
| Median Sales Price | $855,000 | 0.0% | $855,000 | 6.4% | $803,750 |
| Number of Sales (Closed) | 459 | -20.2% | 575 | -5.2% | 484 |
| Days on Market (From Original List Date) | 104 | 22.4% | 85 | -4.6% | 109 |
| Listing Discount (From Original List Price) | 6.8% | | 6.1% | | 7.1% |
| Listing Inventory | 1,442 | 9.7% | 1,314 | 20.3% | 1,199 |
| Months of Supply | 9.4 | 36.2% | 6.9 | 27.0% | 7.4 |
| Total Pending Sales | 626 | 4.2% | 601 | 11.0% | 564 |

**NASSAU - NORTH SHORE**

- Median sales price expanded annually for the seventeenth straight quarter
- The number of sales declined year over year for the eighth consecutive quarter



*General Information*                **ROGERS & TAYLOR APPRAISERS, INC.**

## AREA DATA (CONT'D)

**(TOWN OF OYSTER BAY)**

According to the Trulia, Oyster Bay market trends indicate an increase of $7,500 (1%) in median home sales over the past year. The average price per square foot for this same period fell to $376, down from $516.



The median sales price for homes in Oyster Bay for Mar 27 to Jun 26 was $960,000 based on 15 home sales.   Average price per square foot for Oyster Bay was $376, a decrease of -27% compared to the same period last year.  The median rent per month for apartments in Oyster Bay for Jun 1 to Jul 1 was $2,800.



## AREA DATA (CONT'D)
(TOWN OF OYSTER BAY)

## UTILITIES
PSEG (formerly LIPA) is the sole public gas and electric company on Long Island.  Rates that this utility are allowed to charge are controlled by the New York State Public Service Commission.   The Oyster Bay Water District and the Jericho Water District serve the Village residents.   The Oyster Bay Sewer District serves the Village along Oyster Bay Cove Road (East Main Street) and part of Sandy Hill Road. Much of the Village depends for its waste removal upon approved private septic and cesspool systems.

## TRANSPORTATION
The highways are adequate and well maintained.  The Long Island Expressway, Northern State Parkway, Southern State Parkway, Sunrise Highway and Jericho Turnpike are the heavier traveled east/west roadways and the Seaford Oyster Bay Expressway and Route 106/107 are the most frequently traveled north/south roadways.

Public transportation is available via County operated bus service, and rail transportation is provided by the Long Island Railroad with station stops located in the northern, central and southern portions of the Town.

## MUNICIPAL ADMINISTRATION
The Town is administered by a Supervisor and six elected Councilmen.

## SCHOOL SYSTEM
There are 11 school districts in the Town of Oyster Bay that are totally independent of local government.  Each district is administered by a school board elected by the residents of that district, though they are subject to the direct control of the New York State Department of Education. Though their taxes are collected through the town's Receiver of Taxes, each school district handles its own finances and tax rate.

## COLLEGES/UNIVERSITIES IN NASSAU COUNTY/CLOSE PROXIMITY

- HOFSTRA UNIVERSITY
- FRANKLIN CAREER INSTITUTE
- SUBURBAN TECHNICAL SCHOOL
- LEARNING INSTITUTE FOR BEAUTY SCIENCES
- NASSAU COMMUNITY COLLEGE
- ADELPHI UNIVERSITY
- NEW YORK INSTITUTE OF TECHNOLOGY-OLD WESTBURY
- SUNY COLLEGE AT OLD WESTBURY
- LONG ISLAND UNIVERSITY-C W POST CAMPUS
- CUNY QUEENSBOROUGH COMMUNITY COLLEGE
- ST JOHN'S UNIVERSITY-NEW YORK

## TAXES
Oyster Bay Town's taxes are comparable to the taxes in its bordering townships.  They have increased over the last several years at a rate of 5% per annum.

## NEIGHBORHOOD DATA

### (HICKSVILLE)

The subject property is located in Hicksville, Town of Oyster Bay, Nassau County, New York. Hicksville is bounded Westbury and Salisbury to the west, Jericho to the north, Plainview and Bethpage to the east and East Meadow and Levittown to the south. It is primarily a residential area with a commercial development along Broadway Newbridge and Old Country Roads. Hicksville encompasses an area of 6.8 square miles and had a total population of 39,623 as of a Q4 - 2016 Site to do Business estimate. The latest available estimate of median family income for the hamlet is $78,299, as compared to the county as whole which is $95,477 (source: Site to do Business).

Access to Hicksville is via major highways and thoroughfares. These include Oyster Bay Road (State Route 106), Broadway (State Route107), Jericho Turnpike (State Route 25) and Old Country Road (State Route 24), the Meadowbrook and Wantagh Parkways, the Northern Parkway and the Long Island Expressway. Commuter railroad transportation is accessible via the Long Island Railroad which maintains station in Hicksville. The railroad station in Hicksville is a transfer hub to the Long Island area and New York City.

The subject is located on Bloomingdale Road, a secondary north south roadway in the area. The area along this roadway has been commercially developed with industrial and office buildings. North of the subject are the Northern State Parkway, Long Island Expressway and Old Country Road. Approximately 1/4 mile east of the subject is an industrial district and the Northrop Grumman compound.

The immediate subject location is predominantly developed with industrial buildings, retail, office building and shopping centers. Single family development can be found on interior secondary roadways.

Commercial and industrial improvements in the area are predominantly tenant-occupied, and demand and rent levels are considered to be stable at the present time. Larger buildings like the subject are either rented or owner occupied. The future outlook for this area is considered average and demand is expected to remain consistent with the county and region as a whole and greatly influenced by local and national economic conditions.

## COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019

### Overview

Eastern Nassau Industrial

| 12 Mo Deliveries in SF | 12 Mo Net Absorption in SF | Vacancy Rate | 12 Mo Rent Growth |
|:---:|:---:|:---:|:---:|
| **0** | **(113 K)** | **3.9%** | **4.0%** |

Eastern Nassau is primarily a local logistics market. Stock here runs on the smaller end and few buildings have clear heights suitable for large-scale shipping demands. Supply additions have been muted in this cycle, with the inventory having slightly declined due to conversions and demolitions. Vacancies in Eastern Nassau are near a cyclical low and are well below the submarket's historical average. Occupancies have been helped by the shrinking inventory as well as solid

demand, with several prominent tenants leasing space in this cycle. As long as demand holds, vacancies are likely to stay low in the near term, as under construction projects represent less than 1% of existing inventory. Strong occupancies have boosted rents, which grew by close to 20% over the last three years. Rent growth has decelerated in the first half of 2019, reaching about 1.5%. About $28 million traded in the first half of 2019, placing sales volume on a similar pace to last year.

**KEY INDICATORS**

| Current Quarter | RBA | Vacancy Rate | Market Rent | Availability Rate | Net Absorption SF | Deliveries SF | Under Construction |
|---|---|---|---|---|---|---|---|
| Logistics | 16,751,601 | 3.0% | $14.75 | 6.1% | (10,650) | 0 | 240,610 |
| Specialized Industrial | 4,425,186 | 6.6% | $13.80 | 6.7% | 7,520 | 0 | 0 |
| Flex | 4,347,257 | 4.8% | $15.93 | 9.7% | (22,041) | 0 | 0 |
| Submarket | 25,524,044 | 3.9% | $14.79 | 6.8% | (25,171) | 0 | 240,610 |

| Annual Trends | 12 Month | Historical Average | Forecast Average | Peak | When | Trough | When |
|---|---|---|---|---|---|---|---|
| Vacancy Change (YOY) | 0.4% | 6.1% | 4.6% | 9.8% | 2012 Q1 | 3.1% | 2016 Q1 |
| Net Absorption SF | (113 K) | 120,526 | 41,398 | 783,005 | 1998 Q1 | (723,650) | 2010 Q4 |
| Deliveries SF | 0 | 84,487 | 124,800 | 685,405 | 1999 Q4 | 0 | 2019 Q2 |
| Rent Growth | 4.0% | 3.4% | 2.1% | 7.6% | 2017 Q1 | -3.4% | 2009 Q4 |
| Sales Volume | $56.8 M | $33.6M | N/A | $154.9M | 2007 Q2 | $0 | 2003 Q3 |

**COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019**

## Leasing

Eastern Nassau Industrial

Leasing activity in Eastern Nassau follows the trends seen across Long Island, where tenants concentrate near transportation nodes and corridors. Specifically within the Hicksville Triangle, which stretches from Westbury to Plainview and then up to Jericho, there are several important transit hubs and intersections are located here. These include the Jericho Turnpike-Long Island Expressway intersection, the Newbridge Road and Northern State Parkway throughfares, and the several Long Island Railroad (LIRR) stations. This allows for easy access to any cardinal direction that a worker would need, making this area very attractive for employers.

Vacancies rose above the market average the first half of 2019 as back to back quarters of negative net absorption pushed the vacancy rate above 4%. Through the first half of the year, over 175,000 SF has been leased in Eastern Nassau with rents averaging just under $15. Notable leases include a 30,000 SF deal executed by Dejena Industries at 165 Cantiague Rock Road and a 23,000 SF lease executed by Golden House Cabinents at 575 Underhill Blvd. in Syosset. Other major tenants represent industries ranging from food and restaurant services to moving and storage, typical of a local logistics market. Southern Wine & Spirits of New York, Nassau Candy, and FedEx are some of the largest tenants here.

**NET ABSORPTION, NET DELIVERIES & VACANCY**

**COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019**

## Rent

Eastern Nassau Industrial

Rents have been boosted by strong occupancy gains in this cycle. Rent growth exceeded its historical average for the sixth consecutive year in 2018, and totaled about 20% cumulatively over the last three years. Rent growth has been strongest in logistics space throughout this cycle, but uniform strong gains have been recorded across all industrial subtypes. In just the last three years,

growth rates for logistics and specialized industrial properties were nearly identical.

Rent growth is on a slower pace in 2019, after rents grew by about 1.5% in the first half of the year. Rent growth was particularly strong for logistics space at more than 2%. Flex rents declined in the first half of 2019.

**MARKET RENT GROWTH (YOY)**



## COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019



**COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019**

## Sales

Eastern Nassau Industrial

Investment sales in the first half of 2019 has exceeded the total sales volume for the first half of 2018, with over $28 million in year to date transactions. Transaction volume has primarily been driven by deals for logistics properties, as the rise of e-commerce has generated an increased appetite for warehouse and distribution facilities. Specialized industrial and flex properties have sold too and represented some of the largest transactions since the start of last year.

Flex properties drove most of the submarket's sales volume in the first half of 2019. The two largest transactions were owner/user sales for flex buildings.

Southern Glazer's Wine and Spirits acquired the 80,000-SF property at 425 Underhill Blvd. in Syosset in February for $8.6 million. In April, Acutis Diagnostics acquired the 40,000-SF asset at 400 Karin Ln. in Hicksville for $6.5 million.

The largest transaction recorded last year was the 18Q1 sale for 100 Cantiague Rock Rd. in Hicksville. Harbor Distributing Corporation sold the 91,000-SF manufacturing property to GTE Operations Support Inc. for $12.5 million ($137/SF). The property is in need of rehabilitation and was a former nuclear fuel manufacturing site.

**SALES VOLUME & MARKET SALE PRICE PER SF**



## COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019

### Supply & Demand Trends

Eastern Nassau Industrial

**OVERALL SUPPLY & DEMAND**

| | Inventory | | | Net Absorption | | |
|---|---|---|---|---|---|---|
| Year | SF | SF Growth | % Growth | SF | % of Inv | Construction Ratio |
| 2023 | 26,011,855 | 60,252 | 0.2% | 55,456 | 0.2% | 1.1 |
| 2022 | 25,951,603 | 69,768 | 0.3% | 51,204 | 0.2% | 1.4 |
| 2021 | 25,881,835 | 88,791 | 0.3% | 57,625 | 0.2% | 1.5 |
| 2020 | 25,793,044 | 35,467 | 0.1% | 46,664 | 0.2% | 0.8 |
| 2019 | 25,757,577 | 233,533 | 0.9% | (57,723) | -0.2% | - |
| YTD | 25,524,044 | 0 | 0% | (126,467) | -0.5% | - |
| 2018 | 25,524,044 | (40,000) | -0.2% | (49,393) | -0.2% | - |
| 2017 | 25,564,044 | (24,000) | -0.1% | 145,207 | 0.6% | - |
| 2016 | 25,588,044 | 44,000 | 0.2% | (119,543) | -0.5% | - |
| 2015 | 25,544,044 | (53,000) | -0.2% | 427,548 | 1.7% | - |
| 2014 | 25,597,044 | 0 | 0% | 319,606 | 1.2% | 0 |
| 2013 | 25,597,044 | (67,953) | -0.3% | 593,632 | 2.3% | - |
| 2012 | 25,664,997 | 0 | 0% | 138,376 | 0.5% | 0 |
| 2011 | 25,664,997 | 107,000 | 0.4% | (85,727) | -0.3% | - |
| 2010 | 25,557,997 | 85,000 | 0.3% | (723,650) | -2.8% | - |
| 2009 | 25,472,997 | 0 | 0% | (282,281) | -1.1% | - |
| 2008 | 25,472,997 | 550,260 | 2.2% | 571,447 | 2.2% | 1.0 |
| 2007 | 24,922,737 | 36,800 | 0.1% | 139,551 | 0.6% | 0.3 |

**SPECIALIZED INDUSTRIAL SUPPLY & DEMAND**

| | Inventory | | | Net Absorption | | |
|---|---|---|---|---|---|---|
| Year | SF | SF Growth | % Growth | SF | % of Inv | Construction Ratio |
| 2023 | 4,425,186 | 0 | 0% | 6,752 | 0.2% | 0 |
| 2022 | 4,425,186 | 0 | 0% | 4,046 | 0.1% | 0 |
| 2021 | 4,425,186 | 0 | 0% | 1,801 | 0% | 0 |
| 2020 | 4,425,186 | 0 | 0% | (5,833) | -0.1% | - |
| 2019 | 4,425,186 | 0 | 0% | (83,209) | -1.9% | - |
| YTD | 4,425,186 | 0 | 0% | (92,235) | -2.1% | - |
| 2018 | 4,425,186 | (40,000) | -0.9% | (117,092) | -2.6% | - |
| 2017 | 4,465,186 | 0 | 0% | 69,221 | 1.6% | 0 |
| 2016 | 4,465,186 | 44,000 | 1.0% | 77,706 | 1.7% | 0.6 |
| 2015 | 4,421,186 | (53,000) | -1.2% | (12,079) | -0.3% | - |
| 2014 | 4,474,186 | 0 | 0% | 12,592 | 0.3% | 0 |
| 2013 | 4,474,186 | 0 | 0% | 74,931 | 1.7% | 0 |
| 2012 | 4,474,186 | 0 | 0% | 81,450 | 1.8% | 0 |
| 2011 | 4,474,186 | 0 | 0% | (68,611) | -1.5% | - |
| 2010 | 4,474,186 | 0 | 0% | (173,308) | -3.9% | - |
| 2009 | 4,474,186 | 0 | 0% | (32,607) | -0.7% | - |
| 2008 | 4,474,186 | 0 | 0% | 58,215 | 1.3% | 0 |
| 2007 | 4,474,186 | 0 | 0% | 137,930 | 3.1% | 0 |

Copyrighted report licensed to RC Malone, Inc. - 652403.

CoStar

7/18/2019
Page 14

**COSTAR REPORT NASSAU INDUSTRIAL THIRD QUARTER 2019**

## Rent & Vacancy

Eastern Nassau Industrial

### OVERALL RENT & VACANCY

| Year | Per SF | Index | % Growth | Vs Hist Peak | SF | Percent | Ppts Chg |
|------|--------|-------|----------|--------------|-----|---------|----------|
| | | Market Rent | | | | Vacancy | |
| 2023 | $16.21 | 148 | 0.8% | 11.2% | 1,213,237 | 4.7% | 0% |
| 2022 | $16.09 | 147 | 1.3% | 10.4% | 1,209,359 | 4.7% | 0.1% |
| 2021 | $15.89 | 145 | 2.0% | 9.0% | 1,191,748 | 4.6% | 0.1% |
| 2020 | $15.57 | 142 | 3.3% | 6.8% | 1,160,592 | 4.5% | 0% |
| 2019 | $15.08 | 138 | 3.5% | 3.5% | 1,171,140 | 4.5% | 1.1% |
| YTD | $14.79 | 135 | 1.4% | 1.4% | 1,006,210 | 3.9% | 0.5% |
| 2018 | $14.58 | 133 | 6.1% | 0% | 879,753 | 3.4% | 0% |
| 2017 | $13.74 | 126 | 6.8% | -5.8% | 870,360 | 3.4% | -0.7% |
| 2016 | $12.87 | 118 | 7.3% | -11.7% | 1,039,567 | 4.1% | 0.6% |
| 2015 | $11.99 | 110 | 4.9% | -17.7% | 876,024 | 3.4% | -1.9% |
| 2014 | $11.44 | 105 | 3.8% | -21.5% | 1,356,572 | 5.3% | -1.2% |
| 2013 | $11.01 | 101 | 4.6% | -24.4% | 1,676,178 | 6.5% | -2.6% |
| 2012 | $10.53 | 96 | 1.5% | -27.8% | 2,337,763 | 9.1% | -0.5% |
| 2011 | $10.37 | 95 | -0.7% | -28.9% | 2,476,139 | 9.6% | 0.7% |
| 2010 | $10.44 | 95 | -1.2% | -28.3% | 2,283,412 | 8.9% | 3.1% |
| 2009 | $10.57 | 97 | -3.4% | -27.5% | 1,474,782 | 5.8% | 1.1% |
| 2008 | $10.94 | 100 | 0% | -24.9% | 1,192,481 | 4.7% | -0.2% |
| 2007 | $10.94 | 100 | 1.4% | -24.9% | 1,213,668 | 4.9% | -0.4% |

### SPECIALIZED INDUSTRIAL RENT & VACANCY

| Year | Per SF | Index | % Growth | Vs Hist Peak | SF | Percent | Ppts Chg |
|------|--------|-------|----------|--------------|-----|---------|----------|
| | | Market Rent | | | | Vacancy | |
| 2023 | $15.16 | 141 | 0.9% | 10.3% | 275,790 | 6.2% | -0.2% |
| 2022 | $15.03 | 140 | 1.4% | 9.3% | 282,542 | 6.4% | -0.1% |
| 2021 | $14.83 | 138 | 2.1% | 7.9% | 286,588 | 6.5% | 0% |
| 2020 | $14.52 | 135 | 3.3% | 5.6% | 288,389 | 6.5% | 0.1% |
| 2019 | $14.06 | 131 | 2.3% | 2.3% | 282,556 | 6.4% | 1.9% |
| YTD | $13.80 | 129 | 0.4% | 0.4% | 291,582 | 6.6% | 2.1% |
| 2018 | $13.75 | 128 | 6.5% | 0% | 199,347 | 4.5% | 1.8% |
| 2017 | $12.91 | 120 | 6.4% | -6.1% | 122,255 | 2.7% | -1.6% |
| 2016 | $12.13 | 113 | 8.3% | -11.7% | 191,476 | 4.3% | -0.8% |
| 2015 | $11.20 | 104 | 5.5% | -18.5% | 225,182 | 5.1% | -0.9% |
| 2014 | $10.62 | 99 | 3.8% | -22.8% | 266,103 | 5.9% | -0.3% |
| 2013 | $10.22 | 95 | 4.0% | -25.6% | 278,695 | 6.2% | -1.7% |
| 2012 | $9.83 | 92 | -0.1% | -28.5% | 353,626 | 7.9% | -1.8% |
| 2011 | $9.84 | 92 | -1.4% | -28.4% | 435,076 | 9.7% | 1.5% |
| 2010 | $9.98 | 93 | -2.6% | -27.4% | 366,465 | 8.2% | 3.9% |
| 2009 | $10.25 | 96 | -4.5% | -25.5% | 193,157 | 4.3% | 0.7% |
| 2008 | $10.72 | 100 | 1.3% | -22.0% | 160,550 | 3.6% | -1.3% |
| 2007 | $10.58 | 99 | 2.6% | -23.0% | 218,765 | 4.9% | -3.1% |

Copyrighted report licensed to RC Malone, Inc. - 652403.

CoStar

7/18/2019
Page 16

*General Information*     **ROGERS & TAYLOR APPRAISERS, INC.**

## REAL ESTATE TAXES AND ASSESSED VALUATION

The subject property has been taxed and assessed according to the Nassau County assessment rolls as follows:

ASSESSED TO:                                              69 Bloomingdale Rd LLC

NASSAU COUNTY TAX MAP:                         Section: 46, Block: 629, Lot: 11

Building class:                                              449 (Warehouse)

Building Size:                                               57,023 Sq.Ft.

**ASSESSED VALUATIONS 2018**

| Taxes | | | | | | |
|---|---|---|---|---|---|---|
| | Assessments | | | General | School | Total |
| Lot | Bldg | Land | Total | Taxes | Taxes | Taxes |
| 139 | 1339 | 18145 | 19484 | $143,835.86 | $68,891.32 | $212,727.18 |
| | | | | | Total | $212,727.18 |

**$3.73/Sq.Ft** of building area.

**EXEMPTIONS -** There are no known exemptions or arrears pertaining to the real estate taxes or assessments for the subject property.

 The comparable sales used in this report show a range of taxes from $3.66/Sq.Ft. to $5.80/Sq.Ft.

The subject taxes are considered to be reasonable and in line with similar properties
.

## REAL ESTATE TAXES AND ASSESSED VALUATION

School Taxes | General Taxes    Tax Year: 2020 ▼ | Update

| TAX LEVY DESCRIPTION | TAXABLE VALUE | TAX RATE PER $100 | TAX DOLLAR |
|---|---|---|---|
| Net School Tax | 19484 | 710.765 | $138,485.45 |
| Net Library Tax | 19484 | 27.46 | $5,350.31 |
| Net Recreation Tax | | | |
| Combined School Taxes | | | $143,835.76 |
| Total School Taxes | | | $143,835.76 |
| 1st Half Taxes | | | $71,917.88 |
| 2nd Half Taxes | | | $71,917.88 |

| CODE | DESCRIPTION | EXEMPT AMOUNT | SAVING DUE TO EXEMPTION |
|---|---|---|---|

| EXEMPTION DESCRIPTION | TAX RATE | TAXABLE VALUE |
|---|---|---|
| Non-Exempt | 738.225 | 19484 |

School Taxes | General Taxes    Tax Year: 2019 ▼ | Update

| TAX LEVY DESCRIPTION | TAX DISTRICT# | TAXABLE VALUE | TAX RATE PER $100 | TAX DOLLAR |
|---|---|---|---|---|
| NASSAU COUNTY TAXES | | | | |
| THE TOTAL OF YOUR NASSAU COUNTY TAXES: | | | | $35,636.22 |
| TOWN OF OYSTER BAY TAXES | | | | |
| 31T - Town General Fund | 559 | 19484 | 24.297 | $4,734.03 |
| 323 - Town of Oyster Bay Lighting District | 559 | 19484 | 2.703 | $526.65 |
| 32H - Town Highway | 559 | 19484 | 30.382 | $5,919.63 |
| 32T - Town Building Dept, Zoning & Appeals, Unincorporated Area | 559 | 19484 | .581 | $113.20 |
| 355 - Town of Oyster Bay Solid Waste Disposal District | 559 | 19484 | 14.296 | $2,785.43 |
| 362 - Bethpage Park District | 559 | 19484 | 20.076 | $3,911.61 |
| 3A - Town of Oyster Bay - Unincorporated Area Public Parking District | 559 | 19484 | 7.371 | $1,436.17 |
| 3D - Unincorporated Area of District #1 | 559 | 19484 | 1.798 | $350.32 |
| THE TOTAL OF YOUR TOWN TAXES: | | | | $19,777.04 |
| SPECIAL DISTRICT TAXES | | | | |
| 331 - Bethpage Fire District | 559 | 19484 | 38.268 | $7,456.14 |
| 38 - Hicksville (Bloomingdale Ext.) Water District | 559 | 19484 | 30.907 | $6,021.92 |
| THE TOTAL OF YOUR SPECIAL DISTRICT TAXES: | | | | $13,478.06 |
| TOTAL | | | 353.579 | $68,891.32 |

# *VALUATION OF ENTIRE PROPERTY*

## SITE DESCRIPTION

The property is located on the east side of Bloomingdale Road, approximately 1,156± feet south of South Broadway, in Hicksville, Town of Oyster Bay, County of Nassau, and State of New York. The property is identified on the Nassau County Tax Maps as follows: Section: 46, Block: 629, Lot: 11.  The site has 380± linear feet of frontage along the east side of Bloomingdale Road, and extends to a depth of 632 feet. It contains a total site area of 152,460± Sq. Ft, or 3.5± acres. The site is irregular in shape and is level at road grade. It is currently zoned LI- Light Industry District as identified by the Town of Oyster Bay zoning maps

The site is situated on a paved street served by necessary utilities.  Access, visibility and exposure are average.  The surrounding sites are developed with commercial industrial type uses.  In conclusion the subject site has all the characteristics necessary for various types of development.

| | |
|---|---|
| **INDICATED SITE AREA:** | 152,460± Sq. Ft. or 3.5± Acres |
| **PARCEL SHAPE:** | Irregular |
| **ACCESS/VISIBILITY:** | Considered Good |
| **TOPOGRAPHY:** | Level at road grade. |
| **SITE/STREET IMPROVEMENTS:** | Asphalt paved parking, and driveway. |
| **EASEMENTS/ENCROACHMENTS:** | No apparent adverse easements or encroachments were noted for the subject site. |
| **FLOOD MAP DESIGNATION:** | According to the federal flood insurance rate map number 36059C0145G, effective September 11, 2009, the subject property is situated in an area designated as *"X (unshaded),"* being *"Areas determined to be outside 500-year floodplain* |
| **CENSUS TRACT:** | The subject property is located in Census Tract Number 5200.01 |
| **COMMENTS:** | The subject has a paved front yard parking area and additional parking in the rear. |

## TAX MAP LOCATING THE SUBJECT PROPERTY



## FLOOD MAP LOCATING THE SUBJECT PROPERTY



## ZONING OF THE PROPERTY

### *"LI Industrial"*

The subject site is currently zoned "LI" Light Industrial according to the Zoning Maps of the Town of Oyster Bay.  The following are the minimum and bulk requirements of this zoning district:

| | |
|---|---|
| Permitted Uses: | Laboratories for scientific and industrial research, office buildings, laboratories for testing and development, office buildings, banking institutions, baking plants, hospital, freight terminal, lumber yard, general warehousing, general industrial use, etc. |

| *Requirements* |
|---|

| | |
|---|---|
| Minimum Lot Area: | 1 acre |
| Maximum Lot Coverage: | 50% |
| Maximum Building Height: | 50 feet |
| Front Yard Requirements: | 50 feet |
| Side Yard Requirements: | None |
| Rear Yard Requirements: | 30 feet |
| Parking: | Vary with respect to the building use. One per employee, plus one per commercial vehicle kept on lot but not less than 1 stall per 500+ Sq.Ft. of gross floor area.  A minimum # of loading spaces are required – one for the first 10,000+ Sq.Ft. of 6FA plus one for each additional 20,000+ of GFA. |

## Comments

The appraisers were not provided with a Certificate of Occupancy for the subject property.  Based on our interpretation of the zoning requirements the subject property appears to be a legal use. However, for the purposes of this appraisal, the value is contingent upon and made subject to the legality (in all respects) of the subject's present use and all improvements, in accordance with the zoning regulations of the Town of Oyster Bay.

## ZONING MAP LOCATING THE SUBJECT PROPERTY



# IMPROVEMENT ANALYSIS

The site is improved with a one story, masonry and steel, industrial building, constructed circa 1969, on a concrete slab. According to tax assessment records and measurements taken by the appraiser, it contains a total gross building area estimated to be 57,023$\pm$ Sq. Ft., exclusive of mezzanine space. The building contains clear ceiling heights of approximately 16$\pm$ feet with a total of 12 overhead doors. There is approximately 10%-15% finished supporting office space and the balance is warehouse. The building is occupied by 12 tenants used for business operations, storage and manufacturing. The building appears to have been maintained in overall satisfactory condition.

## DESCRIPTION OF THE IMPROVEMENTS

Foundation:                        Concrete slab.

Roof:                              Flat commercial tar over steel joist and industrial grade, exterior gypsum board roof sheathing. Note that the exterior of the roof was not inspected. There were no obvious signs of leaks observed by the appraiser. However, it is recommended that a qualified professional be retained to determine its condition.

Windows:                           Metal-framed fixed pane in the office areas and none in the warehouse.

Exterior Walls:                    Masonry, concrete block and stucco

Doors:                             Metal and glass front entrance doors in the office and steel exit doors around the perimeter. There are 8 total overhead drive-in doors with 4 loading docks.

## INTERIOR PARTITIONS

Walls:                             Paneling and painted drywall with some decorative covering in the office areas. Concrete block in the industrial/work area.

Ceiling:                           Acoustical tile with recessed lighting in the office areas. The industrial/work areas have exposed wood joist with phosphorescent lighting. The ceiling height is estimated at 16 feet clear.

Floors:                            Generally carpeting and tile in the office portions. The industrial/shop areas have poured concrete floors.

## IMPROVEMENT ANALYSIS (Cont'd)

| | |
|---|---|
| Heating Systems: | The office areas are heated and cooled by gas fired, forced air (HVAC) package units.  The industrial/shop areas have ceiling mounted gas space heaters. Some of the smaller units have air conditioning in the warehouse areas. |
| Electrical: | The electrical system is typical industrial building. The service is estimated at 200 – 400 Amps. |
| Sprinkler: | The building does not contain a sprinkler or fire alarm system. |
| Lavatories: | Multiple lavatories, with dated finish. |

**COMMENTS:**

The building was considered to be in overall satisfactory condition with no serious, deferred maintenance noted.

# HIGHEST AND BEST USE

In the highest and best use analysis the subject property is analyzed as vacant and available for development as well as improved with the existing structures.  Highest and best use is defined by the Appraisal Institute Dictionary of Real Estate Appraisal as:

> The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.

The potential uses for the subject property are analyzed considering the following criteria:

1) Physically possible, based upon topography, land area and site configuration;
2) Legally permissible, in compliance with zoning, deed restrictions or other constraints;
3) Economically feasible and fulfilling an identifiable demand in the market, and
4) Maximally productive thus, resulting in the highest present land value.

The subject property has been analyzed as follows:

## AS-VACANT

The highest and best use of land or a site as though vacant considers among all reasonable, alternative uses, the use that yields the highest present land value, after payments are made for labor, capital, and coordination.  The use of a property based on the assumption that the parcel of land is vacant or can be made vacant by demolishing any improvements.

**PHYSICALLY POSSIBLE:** The first constraint on the possible use of the property is dictated by physical aspects of the site.  In the subject site analysis, key considerations for determining the physical highest and best are considered.  Such factors as location, lot size, topography and egress/ingress are analyzed.  There appear to be no adverse easements or encroachments affecting the subject property and the site is not located within a designated flood hazard area.  All necessary utilities including gas, electric, water, sewer and telephone are available to the site at street front.  The site has adequate street frontage, size and exposure.  Overall, the subject site contains all of the necessary physical components to permit development.  Given all the relevant data available, we have concluded that the subject site, if vacant, could be improved with an industrial building.  Based on prevailing uses in the area, this use would most likely be an industrial building.

## HIGHEST AND BEST USE (Cont'd.)

### *AS VACANT (Cont'd.)*

**LEGALLY PERMISSIBLE:** Based on the current zoning, an industrial building could be constructed on the site. Retail is also permitted.

**FINANCIALLY FEASIBLE AND MAXIMALLY PRODUCTIVE:** Based on surrounding land use patterns, we are of the opinion that the most appropriate use for the site, as-if-vacant, is the development of the property with an industrial building.  All legally permissible, physically possible and financially feasible uses of the subject property, as vacant, have been presented and examined.

**CONCLUSION:** In conclusion, it is our opinion that the highest and best use of the subject site, as-vacant, is for the development of an industrial building at this time.

### *AS IMPROVED*

The highest and best use of property as improved considers the use that should be made of a property as it exists.  An existing improvement should be renovated or retained as is so long as it continues to contribute to the total market value of the property, or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one.

**PHYSICALLY POSSIBLE:** The subject improvements are physically possible as evident by their existence.  In addition, the presence of similar improvements in the area attests to the physical possibility of such improvements.

**LEGALLY PERMISSIBLE:** The existing improvements are within the floor area ratio as allowed by the current zoning requirements.  According to our interpretation of the zoning requirements, the existing improvements are pre-existing, non-conforming.

**FINANCIALLY FEASIBLE AND MAXIMALLY PRODUCTIVE:** The existing improvements have the potential to generate a positive cash flow to the owner/occupant as an industrial building.  Therefore, the current use is considered a financially feasible.  The appraiser feels that  industrial type of use would be maximally productive.

**CONCLUSION:** In conclusion, we are of the opinion that the highest and best use of the subject is as it is currently improved with an industrial type building.

## APPROACHES TO VALUE

The valuation process is a systematic procedure to determine the value of a parcel of real estate or of any of the rights thereto in order to solve a problem, or answer a question.  The appraiser conducts an appraisal and produces and appraisal report which provide a basis, or perspective, for making a decision concerning a subject property.  To complete the valuation process, the appraiser integrates the techniques to form a conclusion.

An opinion of value is a well-supported estimate derived through data analysis and consideration of all pertinent facts.  To achieve this goal, one or more of three traditional Approaches to Value are utilized:  The Cost Approach, The Sales Comparison Approach and The Income Capitalization Approach.  Each approach may be referred to as an aspect or adaptation of the data relative to each property under appraisal.  These approaches may vary and still achieve their individual characteristics and appellations thus giving the appraiser an opportunity to consider all aspects of the property.

The diversity of property mandates flexibility in valuation approach, but an overriding principle throughout the appraisal process is the Principle of Substitution.  This affirms that the value of the property being appraised does not exceed the cost of acquiring, without due delay, a substitute property of equal or similar desirability providing equal or similar benefits of income or amenities.

The accumulation of data pertinent to all approaches is fundamental.  However, the approach, or approaches, used in the appraisal may be dictated by the valuation problem to be solved, or the data available, supportive of one or another approach.

The Cost Approach is a method whereby the current cost of reproducing or replacing the improvements, minus loss in value due to depreciation, is added to the land value.

This cost is estimated either by a unit survey, a contractor's certified estimate, or some other qualified expression of present cost.  This approach is particularly applicable when improvements are relatively new.  It is least applicable in the valuation of older buildings except in instances involving remodeling, conversion or rehabilitation, where historic cost factors may apply.  This approach also has specific application in the valuation of special purpose property for which there exists no comparable property on the market.

## APPROACHES TO VALUE (CONT'D)

The Sales Comparison is based on the Principle of Substitution, which affirms that the value of a property is governed by the prices generally obtained for equally desirable property.  It is a comparative procedure, drawing indicators of value from actual transactions.  This approach is most applicable when an active market provides sufficient quantities of reliable data which can be verified from authoritative sources.  As no two properties are ever identical, any price paid for a property being compared to one under appraisal must be adjusted for differences in time, quality, size, location, condition and market appeal.

These adjustments are a function of appraisal experience, judgment and available data.  This approach is most applicable when data concerning arm's length sales of comparable property is available, verified, and representative of typical market conditions.  It is least reliable in an inactive market.

Basic to the appraisal is the valuation of the land, which may be sought through analysis of comparable sales, or in some cases, when there is a paucity of market data or circumstances warrant, by abstraction, development, or residual technique.

The Income Capitalization Approach is a method of valuing future benefits in the form of anticipated income and reversion by discounting them through a capitalization process, to present worth.  This approach is applied to property purchased for the income it is anticipated they will generate.  It is a process recognized and understood as a method of evaluating income property.

The areas that an appraiser investigates are the property's gross income expectancy, the expected reduction in gross income due to lack of full occupancy, the expected annual operating expenses and the pattern and duration of the income stream.  Thus, investment properties are valued on their ability to produce income, and the security of that income stream over a period of time.  Hence, this approach is given most weight in that it involves an analysis of the property in terms of its ability to provide dependable net annual income.  This net income is then capitalized at a rate commensurate with the risks inherent in ownership of property, and relative to the rate of return offered by other investments competing in the capital market.

## COST APPROACH TO VALUE

The Cost Approach to Value is one of the techniques available in estimating the Market Value of a property.  The Cost Approach depends in a large amount upon the principle of substitution:

> "The principle of substitution states that when several similar or commensurate commodities, goods, or services are available, the one with the lowest price attracts the greatest demand and widest distribution.  This principle assumes rational, prudent market behavior with no undue cost because of delay.  According to the principle of substitution, a buyer will not pay more for one property than for another that is equally desirable."*

The Cost Approach thus considers the reproduction cost or cost of reproducing the subject property new with one having the same type construction, utility and design.  From this cost of reproduction, all forms of accrued depreciation must be deducted, leaving a depreciated reproduction cost.  The value of the land and site improvements is then added to find a final indication of value via the Cost Approach.  Depreciation is defined as:

> "Depreciation is a loss in property value from any cause.  It may also be defined as any difference between reproduction cost or replacement cost and market value.  Deterioration, or physical depreciation, is evidenced by wear and tear, decay, dry rot, cracks, infestation, or structural defects in a building.  Other types of depreciation are caused by obsolescence, which may be either functional or external.  Functional obsolescence may be caused by the inadequacy or super adequacy of a building's size, style or mechanical equipment.  Physical deterioration and functional obsolescence can usually be observed in the improvement.  External obsolescence is caused by factors outside the property such as changes in demand, general property uses in the area, zoning, financing, and government regulations."*

Accrued depreciation is defined as "the difference between an improvement's reproduction or replacement cost and its market value as of the date of appraisal."*

The cost approach is not utilized due to the difficulty in determining depreciation in a building as old as the subject.

*The Appraisal of Real Estate, The Appraisal Institute, c. 1992, Pg. 39

## INCOME APPROACH TO VALUE

Traditionally, the most widely utilized and readily accepted valuation procedure has been direct capitalization of a stabilized net operating income.   *Capitalization can be defined as* "The conversion of income into value".*
*Capitalization can be defined as* "The conversion of income into value".*

> The Income Capitalization Approach is based on the underlying assumption that the value of a property tends to be set by the amount of anticipated benefits to be derived from its ownership. This approach, therefore, is a procedure in the appraisal process whereby anticipated economic benefits to be derived from property ownership are converted into a present value opinion through a capitalization process. The process of estimating future or anticipated economic benefits from a real property investment requires the estimation of potential gross revenues, less vacancy and collection loss to which a deduction for all operating and fixed expenditures are allocated. This results in a net income estimate as applied to the particular property under valuation.

A selection process for the most appropriate capitalization method is then employed considering the overall risk and yield requirements to attract investment capital for this particular asset class under prevailing market derived investor and financial indices.

The traditional formula for the Income Approach is as follows:

$$Value = \frac{Income}{Rate}$$

In this formula, the income is treated as a stabilized stream that will be received over a specified holding period.  The rate is considered as a combination of equity benefits and the availability of mortgage financing in the market place.

A summary of the basic steps of the Income Approach are as follows:

1. Projection of Potential Gross Revenue from rentals including escalation income.
2. Estimation of Vacancy and Collection Losses.
3. Effective Gross Income
4. Expense Analysis
5. Net Operating Income Forecast.
6. Selection of an Appropriate Discount Rate.
7. Estimation of Present Value.

*Appraisal Institute, The Dictionary of Real Estate Appraisal (Sixth Edition, 2015), p. 115

.

## INCOME APPROACH TO VALUE (CONT'D)

### (1)  POTENTIAL GROSS INCOME

The current rent roll and occupancy, as provided by the property owner, is summarized as follows:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CURRENT RENT ROLL** | | | | | | | | |
| **Unit** | **Tenant** | **Sq. Ft.** | **Pro Rata Share** | **Current Base Rent/Mo** | **Current Base Rent/year** | **Base Rent Per Sq.Ft.** | **Lease Dates** |
| 69 | ISEL USA | 5,000 | 8.77% | $5,208.33 | $62,500.00 | $12.50 | 11/18/13 - 11/30/23 |
| 71 | J'Envie Sport | 2,408 | 4.22% | $2,427.91 | $29,134.92 | $12.10 | 2/1/14 - 2/29/24 |
| 73 | Haroon Saleh | 3,008 | 5.28% | $3,524.37 | $42,292.44 | $14.06 | 12/8/16 - 11/30/21 |
| 75 | ALB Electronics | 4,531 | 7.95% | $4,908.58 | $58,903.00 | $13.00 | 10/1/12 - 9/30/22 |
| 75a | Cintas corp | 8,517 | 14.94% | $7,295.77 | $87,549.24 | $10.28 | 12/14/15 - 2/13/23 |
| 77-77a | Autopart Int. | 11,229 | 19.69% | $14,036.25 | $168,435.00 | $15.00 | 6/14/14 - 4/0/20 |
| 77b | Iris distributors | 3,274 | 5.74% | $3,546.83 | $42,562.00 | $13.00 | 5/1/10 - 9/30/24 |
| 77c,79 | NYC Worldwide Marble | 6,000 | 10.52% | $5,768.23 | $69,218.79 | $11.54 | 11/13/14 - 11/30/19 |
| 79a | Custom Stainless Steel | 4,000 | 7.01% | $4,333.33 | $52,000.00 | $13.00 | 7/26/17 - 7/31/22 |
| 81 | IB Publisher, Inc | 3,100 | 5.44% | $3,208.50 | $38,502.00 | $12.42 | 1/1/10 - 12/31/21 |
| 83 | Community Vet | 5,956 | 10.44% | $6,243.87 | $74,926.44 | $12.58 | 10/6/16 - 9/30/23 |
| | | 57,023 | 100% | | $726,023.83 | | |

The leases are all written on a gross basis with the tenants paying rent, utilities plus the increases in taxes over the base years and a pro rata share of the CAM and Insurance.

The owner has informed the appraiser that the largest tenant, in unit #77-77a, is not renewing their lease and will vacate the building in April of 2020. This will leave a large part of the subject vacant until it can be rented. Rent loss and leasing commissions will be taken for this space.

Unit 77c-79 is expected to renew. Contract rent is used in this space.

In order to determine the market rent for the property, we are using comparable market leases written within the past three years and asking rents. The current economic environment indicates a stable market for industrial space.  Therefore, we are able to utilize comparable data from the immediate market area. Typical industrial leases are written on a gross basis, similar to the subject leases.

INCOME APPROACH TO VALUE (CONT'D)

---

**(1)     POTENTIAL GROSS INCOME (Cont'd)**

In order to evaluate the subject's potential income, the following comparable industrial rentals have been researched and analyzed to estimate market rent.

| Rental | Address | Tenant | Start Date & Term | Size | Rent/Sq.Ft. | Comments |
|--------|---------|--------|-------------------|------|-------------|----------|
| A | 80 Grumman Rd West Hicksville | Confidential | 1/1/2017 2.5 Years | 140,000+Sq.Ft. 10% office 25' ceiling 20 docks | $11.75 Net $15.75 Gross | Net lease for Industrial space. The tenant is responsible for taxes, operating expenses and utilities. Adjusted to Gross |
| B | 300 Denton Avenue New Hyde Park | HVAC Contractor | 2/1/2017 5 Years | 12,500+Sq.Ft. 50% office 16' ceiling 2 docks | $16.50 Gross | Industrial space, Gross lease with the tenant responsible for increases in taxes over the base year and all utilities. Warehouse space with large office. |
| C | 201 Grumman Road West Hicksville NY | Confidential | 3/24/2016 6.5 years | 156,040+Sq.Ft. 20% office 24' ceiling 10 docks | $15.00 Gross | Industrial space in a warehouse building. The tenant is responsible for real estate tax, insurance, CAM and utilities. |
| D | 940 S. Oyster Bay Rd. Bethpage, NY | Confidential | 1/1/2018 20 Years | 73,892+Sq.Ft. 8% office 19' ceiling 9 docks. | $11.50 Gross | Industrial space, smaller distribution center. The tenant is responsible for operating expenses estimated and utilities. Tenant pays no real estate taxes, IDA PILOT program. |
| E | 101Frost Street Westbury NY | Confidential | 5/1/2017 10 Years | 31,300+Sq.Ft 5% office 20' ceiling 5 docks | $13.50 Gross | Warehouse in a comparable location, with 14 foot ceiling and 5% office space. 'Gross' lease, tenant pays CAM & utilities. Landlord pays all other operating expenses. Confirmed with listing Realtor |
| F | 9-15 Niagara Ave. Freeport, NY | Industrial Space | 10/1/2017 5-years | 5,300 SF | $13.00 Gross | Industrial space in a multi tenanted building rented at $13.00/SF gross, no free rent and no TI's. typical office area, 16 feet ceiling, adequate parking. Tenant pays base rent plus utilities. Source: Andrew Brenner with Prime RE. |

**CONCLUSION** –The comparable rentals range in value from $11.50/Sq.Ft. to $16.50/Sq.Ft. on a Gross basis.

## INCOME APPROACH TO VALUE (CONT'D)

### (1)    POTENTIAL GROSS INCOME (Cont'd)



**CONCLUSION** –The Costar Report shows industrial building rents in the eastern and Southern Nassau to range from $13.50 to $16.00/Sq.Ft, on a Gross basis. The subject would fall into the lower end of the display due to its location off the main road and that the landlord requires the tenants to pay their pro rata share of the CAM and Insurance costs. These two reimbursed items can add $1.00 to $2.00 per Sq.Ft. to base rent.

We have reconciled towards the lower of the indicated range of the rental comparables, due to the subject's location and expense reimbursements placed on the tenant. Based on the above comparable data, and conversations with area brokers, we project a market rent for the subject at **$12.00/Sq.Ft.**  The rent will be structured on a Gross basis with the tenant responsible for real estate tax Increases, CAM, Insurance and all utilities. The landlord will be responsible for structural repairs, and management related fees.

Market rent will be applied to the soon to be vacant space to calculate the potential gross income. The remaining units are under lease. Contract rent will be used for the occupied space.

## INCOME APPROACH TO VALUE (CONT'D)

*(1)    POTENTIAL GROSS INCOME (Cont'd)*

Market rent will be applied to unit #77-77A, that is set to vacate in 5 months.
The forecasted rent schedule is presented as follows:

| Unit | Tenant | Sq. Ft. | Pro Rata Share | Current Base Rent/Mo | Current Base Rent/year | Base Rent Per Sq.Ft. | Lease Dates |
|------|--------|---------|----------------|----------------------|------------------------|----------------------|-------------|
| 69 | ISEL USA | 5,000 | 8.77% | $5,208.33 | $62,500.00 | $12.50 | 11/18/13 - 11/30/23 |
| 71 | J'Envie Sport | 2,408 | 4.22% | $2,427.91 | $29,134.92 | $12.10 | 2/1/14 - 2/29/24 |
| 73 | Haroon Saleh | 3,008 | 5.28% | $3,524.37 | $42,292.44 | $14.06 | 12/8/16 - 11/30/21 |
| 75 | ALB Electronics | 4,531 | 7.95% | $4,908.58 | $58,903.00 | $13.00 | 10/1/12 - 9/30/22 |
| 75a | Cintas corp | 8,517 | 14.94% | $7,295.77 | $87,549.24 | $10.28 | 12/14/15 - 2/13/23 |
| 77-77a | | 11,229 | 19.69% | $11,229.00 | $134,748.00 | $12.00 | |
| 77b | Iris distributors | 3,274 | 5.74% | $3,546.83 | $42,562.00 | $13.00 | 5/1/10 - 9/30/24 |
| 77c,79 | NYC Worldwide Marble | 6,000 | 10.52% | $5,768.23 | $69,218.79 | $11.54 | 11/13/14 - 11/30/19 |
| 79a | Custom Stainless Steel | 4,000 | 7.01% | $4,333.33 | $52,000.00 | $13.00 | 7/26/17 - 7/31/22 |
| 81 | IB Publisher, Inc | 3,100 | 5.44% | $3,208.50 | $38,502.00 | $12.42 | 1/1/10 - 12/31/21 |
| 83 | Community Vet | 5,956 | 10.44% | $6,243.87 | $74,926.44 | $12.58 | 10/6/16 - 9/30/23 |
| | | 57,023 | 100% | | $692,336.83 | | |

**FORECASTED RENT ROLL**

**PGI From Rent:**                    **$692,336.83**

## INCOME APPROACH TO VALUE (CONT'D)

### (1)    POTENTIAL GROSS INCOME (Cont'd)

Additional Income: The tenants pay additional rent in the form of contributions to _Tax increases_, CAM and Insurance. Each tenant pays their pro rata share of all the taxes and all the CAM. So, all the CAM and insurance is recovered. The Increases in taxes are recovered and summarized in the following table.  This breakdown is illustrated in the table below:

| Unit | Tenant | Sq. Ft. | Tax Base | Current Tax | Difference | Pro Rata Share | Tenant Tax Billing |
|------|--------|---------|----------|-------------|------------|----------------|--------------------|
| **Tenant Tax Reimbursement Schedule** |
| 69 | ISEL USA | 5,000 | $199,834.64 | $212,727.18 | $12,892.54 | 8.77% | $1,130.47 |
| 71 | J'Envie Sport | 2,408 | $199,834.64 | $212,727.18 | $12,892.54 | 4.22% | $544.43 |
| 73 | Haroon Saleh | 3,008 | $201,659.59 | $212,727.18 | $11,067.59 | 5.28% | $583.82 |
| 75 | ALB Electronics | 4,531 | $200,420.28 | $212,727.18 | $12,306.90 | 8.05% | $990.71 |
| 75a | Cintas corp | 8,517 | $207,910.82 | $212,727.18 | $4,816.36 | 14.94% | $719.38 |
| 77-77a | Autopart Int. | 11,229 | $212,727.18 | $212,727.18 | $0.00 | 19.69% | $0.00 |
| 77b | Iris distributors | 3,274 | $216,067.00 | $212,727.18 | $0.00 | 5.74% | $0.00 |
| 77c,79 | NYC Worldwide Marble | 6,000 | $216,067.00 | $212,727.18 | $0.00 | 10.52% | $0.00 |
| 79a | Custom Stainless Steel | 4,000 | $227,237.00 | $212,727.18 | $0.00 | 7.01% | $0.00 |
| 81 | IB Publisher, Inc | 3,100 | $216,067.00 | $212,727.18 | $0.00 | 5.44% | $0.00 |
| 83 | Community Vet | 5,956 | $202,961.54 | $212,727.18 | $9,765.64 | 10.44% | $1,020.01 |
| | | **57,023** | | | | **100%** | **$4,988.82** |

The subject also receives additional income for reimbursement of all the CAM and all the Insurance costs associated with the building. These reimbursements are shown in the pro-forma on the following pages.

## INCOME APPROACH TO VALUE (CONT'D)

### (2)   *ESTIMATION OF VACANCY AND COLLECTION ALLOWANCE*



Overview

Eastern Nassau Industrial

| 12 Mo Deliveries in SF | 12 Mo Net Absorption in SF | Vacancy Rate | 12 Mo Rent Growth |
|---|---|---|---|
| 0 | (113 K) | 3.9% | 4.0% |

Eastern Nassau is primarily a local logistics market. Stock here runs on the smaller end and few buildings have clear heights suitable for large-scale shipping demands. Supply additions have been muted in this cycle, with the inventory having slightly declined due to conversions and demolitions. Vacancies in Eastern Nassau are near a cyclical low and well below the submarket's historical average. Occupancies have been helped by the shrinking inventory as well as solid demand, with several prominent tenants leasing space in this cycle. As long as demand holds, vacancies are likely to stay low in the near term, as under construction projects represent less than 1% of existing inventory. Strong occupancies have boosted rents, which grew by close to 20% over the last three years. Rent growth has decelerated in the first half of 2019, reaching about 1.5%. About $28 million traded in the first half of 2019, placing sales volume on a similar pace to last year.

**KEY INDICATORS**

| Current Quarter | RBA | Vacancy Rate | Market Rent | Availability Rate | Net Absorption SF | Deliveries SF | Under Construction |
|---|---|---|---|---|---|---|---|
| Logistics | 16,751,601 | 3.0% | $14.75 | 6.1% | (10,650) | 0 | 240,610 |
| Specialized Industrial | 4,425,186 | 6.6% | $13.80 | 6.7% | 7,520 | 0 | 0 |
| Flex | 4,347,257 | 4.8% | $15.93 | 9.7% | (22,041) | 0 | 0 |
| Submarket | 25,524,044 | 3.9% | $14.79 | 6.8% | (25,171) | 0 | 240,610 |

According to the CoStar 4th Quarter 2019 market analysis reports, the industrial sector has a current vacancy rate of 3.9%. We have elected to use 4.0% for the vacancy portion of our vacancy and collection loss rate. In addition to the vacancy portion there is also a collection loss factor that accounts for missed or late rental payments. Based on the quality of potential tenants for the subject building we have estimated a 1.0% collection loss factor. These factors have been combined to arrive at a **5.0%** vacancy and collection rate, which will be applied to the potential gross income to arrive at the effective gross income.

### (3)   *EFFECTIVE GROSS INCOME FORECAST*

After deducting charges for vacancy and collection losses from the Potential Gross Income, the resultant income is the Effective Gross Income (EGI). We have calculated the effective gross income in the Pro-Forma performed on the following pages.

**INCOME APPROACH TO VALUE (CONT'D)**

**(4)    *EXPENSE ANALYSIS***

The appraiser was provided with an income and expense report for the subject property. This information is edited for relevance and summarized in the table below.

| ADDRESS: | | | **69-83 Bloomingdale Rd Hicksville** | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Source | | | 2019 Pro Forma | | | |
| USE | | | Industrial | | | |
| Bld Size Sq. Ft | | | 57,023 | | | |
| Lot Size | | | 3.5 Acre | | | |
| | | | | | | |
| Projected PGI | | | $    692,336.83 | | | |
| Estimated EGI (-5% VC) | | | $    657,719.99 | | | |
| ***EXPENSE CATEGORY*** | | | Billing Amount | Per Sq. Ft | Percent of EGI |
| Taxes | | | 212,727.18 | 3.73 | 32.34% |
| Insurance | | | $17,488.00 | $0.31 | 2.66% |
| Building and Parking lot Maintenance | | | $8,922.00 | $0.16 | 1.36% |
| Snow Removal | | | $19,606.00 | $0.34 | 2.98% |
| Water / Sewer | | | $502.00 | $0.01 | 0.08% |
| Utilities | Gas & Electric | | $5,816.00 | $0.10 | 0.88% |
| Management | | | 45,531.00 | $0.80 | 6.92% |
| **Total Expenses** | | | **$310,592.18** | **$5.45** | **47.22%** |
| **NOI** | | | **$347,127.81** | | |

A review of the market and discussion with local real estate experts was conducted in order to compare the reported expenses to the market, and to estimate appropriate expenses for the subject. This appraiser also reviewed company files in order to establish appropriate expenses for the subject property. The expense comparables on the following pages have been reviewed as a guide to estimating the subject expenses.

**INCOME APPROACH TO VALUE (CONT'D)**

*(4)    EXPENSE ANALYSIS (Cont'd)*

In order to help estimate operating expenses for the subject property, we have analyzed operating expenses for a similar property as follows:

### 3415 Hampton Road Oceanside 2017

| EXPENSES | | |
|---|---|---|
| Real Estate Taxes | | $54,092.79 |
| Fire Insurance | $0.30 per Sq.Ft. | $3,651.00 |
| CAM | $0.25 per Sq.Ft. | $3,042.50 |
| Gas / Electric / Water | Tenant | $0.00 |
| Structural Repairs / Maintenance | $0.15 per Sq.Ft. | $1,825.50 |
| Management Fees | 3.00% of E.G.I. | $4,162.14 |
| Misc / Reserves / Legal Fees | 1.00% of E.G.I. | $1,387.38 |
| Additional Flood Insurance | | $7,242.00 |
| | | |
| Total Expenses | | $75,403.31 |

### 266 Farmingdale Road – 2016

| ANNUAL OPERATING EXPENSES | | | |
|---|---|---|---|
| Real Estate Taxes | $ 2.42 per SF | $ | 56,782.51 |
| Insurance | $ 0.35 per SF | $ | 8,225.00 |
| Common Area Maintenance (CAM) | $ 0.30 per SF | $ | 7,050.00 |
| Structural Repairs | $ 0.12 per SF | $ | 2,820.00 |
| Utilities | $ - per SF | $ | - |
| Management Fees | 3.00% of E.G.I. | $ | 4,708.40 |
| Legal/Professional Fees | 1.00% of E.G.I. | $ | 1,569.47 |
| Miscellaneous & Reserves | 0.50% of E.G.I. | $ | 784.73 |
| Total Expenses | 52.21% of E.G.I. | $ | 81,940.11 |

**INCOME APPROACH TO VALUE (CONT'D)**

*(4)    EXPENSE ANALYSIS (Cont'd)*

| ADDRESS: | | | 50 Seaview Blvd | | | |
|---|---|---|---|---|---|---|
| | | | Port Washington, NY | | | |
| | | | | | | |
| Source | | | 2016 Pro Forma | | | |
| USE | | | Industrial / Flex Bldg | | | |
| BUILDING SIZE | | | 31,500 | Sq. Ft. | | |
| GROSS INCOME | | | **$343,397.88** | | | |
| | | | | | | |
| *EXPENSE CATEGORY* | | | Billing Amount | | Per Sq. Ft. | % PGI |
| | | | | | | |
| Real Estate Taxes | | | $157,327.48 | | $4.99 | |
| Insurance | | | $11,000.00 | | $0.35 | |
| Utilities | | | Tenant Pays | | $0.00 | |
| General Repairs and Maint. | | | $5,000.00 | | $0.16 | |
| Water | | (CAM) | $6,600.00 | | $0.21 | |
| Landscape / Snow / Lighting | (CAM) | | $15,000.00 | | $0.48 | |
| Legal | | | $3,000.00 | | $0.01 | 0.87% |
| Professional  / Accounting | | | $6,700.00 | | $0.21 | 1.95% |
| Management | | | $13,760.00 | | $0.44 | 4.01% |
| | | | | | | |
| Total Expenses | | | $218,387.48 | | $6.93 | |

## INCOME APPROACH TO VALUE (CONT'D)

### (4)    EXPENSE ANALYSIS (Cont'd)

### COMPARABLE EXPENSE GRID

| Address | 385-391 N. Windsor Ave | | 430 North Country Rd | | 555 Hallock Ave | | 4709 Veterans Hwy | |
|---|---|---|---|---|---|---|---|---|
| Description | Industrial Building | | Industrial Building | | Industrial Building | | Industrial Building | |
| Condition | Average | | Average | | Average | | Average | |
| G.B.A | 7,551 | | 19,600 | | 15,554 | | 39,612 | |
| Year Built | 1949 | | 1960 | | 1931 | | 1980 | |
| | | | | | | | | |
| EXPENSES | EXPENSE | $/S.F. | EXPENSE | $/S.F. | EXPENSE | $/S.F. | EXPENSE | $/S.F. |
| Real Estate Taxes | $59,817 | $7.92 | $82,583 | $4.21 | $52,292 | $3.36 | $98,553 | $2.49 |
| Insurance | $5,820 | $0.77 | $14,614 | $0.75 | $3,200 | $0.21 | $15,845 | $0.40 |
| Stuctural Repairs | $391 | $0.05 | $2,000 | $0.10 | $1,555 | $0.10 | $11,883 | $0.30 |
| CAM | $2,700 | $0.36 | $5,540 | $0.28 | $3,112 | $0.20 | $11,883 | $0.30 |
| Management Admin | $3,054 | $0.40 | $7,024 | $0.36 | $3,800 | $0.24 | $9,261 | $0.23 |
| Professional Fees | $1,130 | $0.15 | $2,567 | $0.13 | $1,466 | $0.09 | $3,087 | $0.08 |
| Miscellaneous/Reserves | $628 | $0.08 | $1,023 | $0.05 | $680 | $0.04 | $1,543 | $0.04 |
| TOTAL EXPENSES | $73,540 | $9.74 | $115,351 | $5.89 | $66,105 | $4.25 | $152,055 | $3.84 |

*Valuation of Entire Property*                    **ROGERS & TAYLOR APPRAISERS, INC.**

## INCOME APPROACH TO VALUE (CONT'D)

### (4)   EXPENSE ANALYSIS (Cont'd)

The subject income will be structured on a Gross basis. The tenants pay all utilities and additional rent in the form of contributions to *Tax increases*, CAM and Insurance. Each tenant pays their pro rata share of all the taxes and all the CAM. The landlord would pay base taxes and management related expenses.

*The property expenses have been estimated as follows:*

---

**Real Estate Taxes**
The total unabated real estate taxes for the subject are **$212,727.18.** A discussion of the subject's Real Estate Taxes was detailed within *the "Real Estate Taxes"* section of this appraisal report.
**This is partially reimbursed.**

---

**Insurance Premium**
Insurance is reported at $.31 per Sq.Ft.. Comparable expenses show a range of $.21 to $.77/Sq.Ft. of building area. The appraiser utilizes an expense of **$.32/Sq.Ft.** to reflect the building fire insurance expense. **This is fully reimbursed**

---

**Common Area Maintenance and Utilities**
CAM is reported at $.61 per Sq.Ft.. Comparable expenses show a range of $.20 to $.69/Sq.Ft. of building area. The expense reflects building and common area utilities, snow removal, parking lot cleaning and maintenance, and rubbish removal. There is no landscaping to be maintained. However, the parking lot, as well as the building, is aging and will need recurring maintenance. We will use a market supported CAM cost of $.50/Sq.Ft of building area.  **This is fully reimbursed.**

---

**Structural Repairs/Exterior Maintenance**
There is no report from the landlord for this category. The comparables show a range of $.5 to $.35 / Sq.Ft. The structural maintenance expense for the subject is estimated at **$.15 per** square foot.

---

**Management Fees**
Estimated at 4.0**%** of the Effective Gross Income Typical management fees range from 2% to 5% as observed by the appraisers experience in similar buildings. The subject is a multi tenant design. This type of occupancy requires more supervision. Therefore, this expense is in the higher end of the range.

---

***Miscellaneous / Professional Fees*** Estimated at **1.0%** of the Effective Gross Income. This is a catch al type of expense to take into consideration additional administrative costs involved in ownership of income producing real estate. The subject is a single tenant design. This type of occupancy requires minimal supervision. Therefore, this expense is in the lowest end of the range.

---

## INCOME APPROACH TO VALUE (CONT'D)

### (5)   *NET OPERATING INCOME FORECAST*

These expenses are deducted from the Effective Gross Income to arrive at a net operating income (NOI), which is then capitalized into a final indication of value.

*Net Operating Income can be calculated as follows:*

| INCOME | | | | |
|---|---|---|---|---|
| Rental Income | | | | $692,336.83 |
| Insurance Reimbursment | | | | $18,247.36 |
| Tax Reimbursment | | | | $4,988.82 |
| CAM Reimbursment | | | | $28,511.50 |
| Total Combined Potential Income | | | | $744,084.51 |
| | | | | |
| Less Vacancy and Collection Losses | | 5.00% | of P.G.I. | $37,204.23 |
| | | | | |
| **Effective Gross Income** | | | | **$706,880.28** |
| **EXPENSES** | | | | |
| | | | | |
| Real Estate Taxes | | | | $212,727.18 |
| Fire Insurance | | $0.32 | per Sq.Ft. | $18,247.36 |
| Utilities / CAM | | $0.50 | per Sq.Ft. | $28,511.50 |
| Structural Repairs / Maintance | | $0.15 | per Sq.Ft. | $8,553.45 |
| Management, Professional Fees | | 4.00% | of E.G.I. | $28,275.21 |
| Misc | | 1.00% | of E.G.I. | $7,068.80 |
| | | | | |
| | | | | |
| Total Expenses | | | | $303,383.50 |
| **Net Operating Income** | | | | **$403,496.78** |
| | | | | |
| Gross Building Area | | 57,023 | Sq.Ft. | |
| # Units | | 12 | | |
| Expenses per Sq.Ft. of Gross Building Area | | *$5.32* | per Sq.Ft. | |
| Expenses as a percent of EGI | | *42.92%* | | |

## INCOME APPROACH TO VALUE (CONT'D)

### (6)   RATE SELECTION

In order to arrive at an appropriate overall rate, consideration must be given to the rates indicated on competitive investments.

The following key rates were used from the Bloomberg.com:

**Federal Reserve Rates**

| RATE | CURRENT | 1 YEAR PRIOR |
|------|---------|--------------|
| FDFD:IND<br>Fed Funds Rate | -- | 2.16 |
| FDTR:IND<br>Fed Reserve Target | 2.00 | 2.25 |
| PRIME:IND<br>Prime Rate | 5.00 | 5.25 |

The prime rate is the lowest rate of interest at which money may be borrowed commercially. The prime rate has decreased by 50 basis points over the past year. It is our opinion that further decreases in the prime rate will impact the real estate market positively.

**Treasury Yields**

| NAME | COUPON | PRICE | YIELD | 1 MONTH | 1 YEAR |
|------|--------|-------|-------|---------|--------|
| GB3:GOV<br>3 Month | 0.00 | 1.58 | 1.60% | -21 | -72 |
| GB6:GOV<br>6 Month | 0.00 | 1.58 | 1.62% | -19 | -86 |
| GB12:GOV<br>12 Month | 0.00 | 1.53 | 1.57% | -18 | -106 |
| GT2:GOV<br>2 Year | 1.50 | 99.73 | 1.64% | +2 | -121 |
| GT5:GOV<br>5 Year | 1.50 | 99.23 | 1.66% | +12 | -130 |
| GT10:GOV<br>10 Year | 1.63 | 98.17 | 1.83% | +16 | -129 |
| GT30:GOV<br>30 Year | 2.25 | 98.45 | 2.32% | +21 | -105 |

The Treasury yield is the underline interest rate that the U.S. government pays to borrow money for different lengths of time. Treasury yields also influence the interest rates that individuals and businesses pay to borrow money to buy real estate. Treasury yields also tell us how investors feel about the economy. The higher the yields are on long term notes as compared to short term notes, the better the economic outlook. It is our opinion, as the gap between short term and long-term notes decreases, the value of real estate will move in the same direction. The 10-year yield has decreased 129 basis points in the past year and the 12-month yield has decreased by 19 basis points during the same period indicating a strong economy. The gap is increasing, indication the economy is moving in the same direction.

**INCOME APPROACH TO VALUE (Cont'd)**

---

*(6)   RATE SELECTION (CONT'D)*

## Municipal Bonds

| NAME | YIELD | 1 DAY | 1 MONTH | 1 YEAR |
|------|-------|-------|---------|--------|
| BVMB1Y:IND<br>Muni Bonds 1 Year Yield | 1.17% | 0.00 | -10 | -79 |
| BVMB2Y:IND<br>Muni Bonds 2 Year Yield | 1.18% | 0.00 | -9 | -87 |
| BVMB5Y:IND<br>Muni Bonds 5 Year Yield | 1.25% | 0.00 | -3 | -105 |
| BVMB10Y:IND<br>Muni Bonds 10 Year Yield | 1.55% | 0.00 | +8 | -118 |
| BVMB30Y:IND<br>Muni Bonds 30 Year Yield | 2.22% | 0.00 | +10 | -119 |

While bonds, especially government bonds, are a straightforward and safe investment, they come at the cost of very low returns. Real estate investment offers a means of growing not just the annual cash flow but also the equity over the long term. It is our opinion that real estate offers a better risk adjusted return as compared to bonds.

## Projected annual inflation rate in the United States from 2010 to 2023



This historic and forecast of U.S. inflation was prepared by the International Monetary Fund. They project roughly a 2+ percent annual rise in the general level of prices until 2023. Considering the increase in recent years and the projected rate stabilization, our opinion of the inflation rate is an annual increase of 2.0%.

---

## INCOME APPROACH TO VALUE (CONT'D)

### (6)   RATE SELECTION (Cont'd)

*The following are RealtyRates.com reported rates:*

| RealtyRates.com INVESTOR SURVEY - 4th Quarter 2019* | | | | | | | | | | | |
| PERMANENT FINANCING | | | | | | | | | | | |
| | Apt. | Golf | Health Senior Housing | Ind. | Lodging | RV/Camp Mfg Hsg MH Park | Office | Restaurant | Retail | Self Storage | Special Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Spread Over Base**** | | | | | | | | | | | |
| Minimim | 0.84% | 0.76% | 1.40% | 1.05% | 0.76% | 0.91% | 1.16% | 2.30% | 1.10% | 1.22% | 1.81% |
| Maximum | 5.90% | 11.90% | 6.98% | 5.86% | 11.50% | 8.80% | 5.46% | 11.04% | 6.98% | 5.98% | 11.00% |
| Average | 3.71% | 5.45% | 3.51% | 3.14% | 3.72% | 4.08% | 2.81% | 4.70% | 3.26% | 4.33% | 4.89% |
| **Interest Rate** | | | | | | | | | | | |
| Minimim | 2.47% | 2.39% | 3.03% | 2.68% | 2.39% | 2.54% | 2.79% | 3.93% | 2.73% | 2.85% | 3.44% |
| Maximum | 7.53% | 13.53% | 8.61% | 7.49% | 13.13% | 10.43% | 7.09% | 12.67% | 8.61% | 7.61% | 12.63% |
| Average | 5.34% | 7.08% | 5.14% | 4.77% | 5.35% | 5.71% | 4.44% | 6.33% | 4.89% | 5.96% | 6.52% |
| **Debt Coverage Ratio** | | | | | | | | | | | |
| Minimim | 1.10 | 1.20 | 1.10 | 1.15 | 1.00 | 1.10 | 1.15 | 1.10 | 1.05 | 1.15 | 1.15 |
| Maximum | 1.86 | 2.15 | 2.25 | 2.05 | 2.85 | 2.05 | 2.15 | 2.15 | 2.15 | 2.50 | 2.15 |
| Average | 1.43 | 1.56 | 1.50 | 1.46 | 1.52 | 1.36 | 1.65 | 1.57 | 1.38 | 1.62 | 1.70 |
| **Loan-to-Value Ratio** | | | | | | | | | | | |
| Minimim | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Maximum | 90% | 80% | 90% | 90% | 80% | 90% | 90% | 80% | 90% | 90% | 80% |
| Average | 73% | 67% | 71% | 70% | 67% | 70% | 73% | 66% | 71% | 70% | 67% |
| **Amortization (Yrs.)** | | | | | | | | | | | |
| Minimim | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 40 | 15 |
| Maximum | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 30 | 40 | 15 | 40 |
| Average | 26 | 22 | 25 | 25 | 22 | 25 | 30 | 22 | 25 | 28 | 22 |
| **Term (Yrs.)** | | | | | | | | | | | |
| Minimim | 3 | 5 | 3 | 3 | 5 | 5 | 3 | 3 | 3 | 3 | 3 |
| Maximum | 40 | 30 | 25 | 30 | 30 | 30 | 30 | 15 | 10 | 10 | 20 |
| Average | 20.50 | 9.00 | 13.65 | 11.46 | 7.80 | 9.15 | 8.00 | 7.45 | 6.20 | 6.10 | 7.85 |
| ** 10-Year Treasury | | | | | | | | | | | |

*3rd Quarter 2019 Data                                          Copyright 2019 RealtyRates.com™

## INCOME APPROACH TO VALUE (CONT'D)

### *(6)    RATE SELECTION (Cont'd)*

*The following are RealtyRates.com reported rates:*

| RealtyRates.com INVESTOR SURVEY - 4th Quarter 2019* | | | | | | OAR |
|---|---|---|---|---|---|---|
| INDUSTRIAL - WAREHOUSES & DISTRIBUTION CENTERS | | | | | | |
| Item | Input | | | | | OAR |
| **Minimum** | | | | | | |
| Spread Over 10-Year Treasury | 1.05% | DCR Technique | 1.15 | 0.040775 | 0.90 | 4.22 |
| Debt Coverage Ratio | 1.15 | Band of Investment Technique | | | | |
| Interest Rate | 2.68% | Mortgage | 90% | 0.040775 | 0.036697 | |
| Amortization | 40 | Equity | 10% | 0.072611 | 0.007261 | |
| Mortgage Constant | 0.040775 | OAR | | | | 4.40 |
| Loan-to-Value Ratio | 90% | Surveyed Rates | | | | 4.18 |
| Equity Dividend Rate | 7.26% | | | | | |
| **Maximum** | | | | | | |
| Spread Over 10-Year Treasury | 3.36% | DCR Technique | 1.80 | 0.094833 | 0.60 | 10.24 |
| Debt Coverage Ratio | 1.80 | Band of Investment Technique | | | | |
| Interest Rate | 4.99% | Mortgage | 60% | 0.094833 | 0.056900 | |
| Amortization | 15 | Equity | 40% | 0.148477 | 0.059331 | |
| Mortgage Constant | 0.094833 | OAR | | | | 11.63 |
| Loan-to-Value Ratio | 60% | Surveyed Rates | | | | 11.05 |
| Equity Dividend Rate | 14.85% | | | | | |
| **Average** | | | | | | |
| Spread Over 10-Year Treasury | 2.21% | DCR Technique | 1.34 | 0.058901 | 0.75 | 5.90 |
| Debt Coverage Ratio | 1.34 | Band of Investment Technique | | | | |
| Interest Rate | 3.84% | Mortgage | 75% | 0.058901 | 0.044176 | |
| Amortization | 28 | Equity | 25% | 0.106751 | 0.026688 | |
| Mortgage Constant | 0.058901 | OAR | | | | 7.09 |
| Loan-to-Value Ratio | 75% | Surveyed Rates | | | | 7.67 |
| Equity Dividend Rate | 10.68% | | | | | |
| *3rd Quarter 2019 Data | | | | | Copyright 2019 RealtyRates.com ™ | |

The surveyed overall rates range from a low of 4.40% to a high of 11.63%, the average is 7.09% for industrial properties. This national survey represents all types of industrial and office properties. For the appraised property the overall rate would fall towards the low end of the range because of the strong regional and local economies.

## INCOME APPROACH TO VALUE (Cont'd)

*(6)   RATE SELECTION (Cont'd)*

| RealtyRates.com INVESTOR SURVEY - 4th Quarter 2019* | | | | | | |
|---|---|---|---|---|---|---|
| **INDUSTRIAL - ALL TYPES** | | | | | | |
| **Item** | **Input** | | | | | **OAR** |
| **Minimum** | | | | | | |
| Spread Over 10-Year Treasury | 1.05% | DCR Technique | | 1.15 | 0.040775 | 0.90 | 4.22 |
| Debt Coverage Ratio | 1.15 | **Band of Investment Technique** | | | | |
| Interest Rate | 2.68% | Mortgage | | 90% | 0.040775 | 0.036697 | |
| Amortization | 40 | Equity | | 10% | 0.072611 | 0.007261 | |
| Mortgage Constant | 0.040775 | OAR | | | | | 4.40 |
| Loan-to-Value Ratio | 90% | **Surveyed Rates** | | | | | 4.18 |
| Equity Dividend Rate | 7.26% | | | | | |
| **Maximum** | | | | | | |
| Spread Over 10-Year Treasury | 5.86% | DCR Technique | | 2.05 | 0.111173 | 0.50 | 11.40 |
| Debt Coverage Ratio | 2.05 | **Band of Investment Technique** | | | | |
| Interest Rate | 7.49% | Mortgage | | 50% | 0.111173 | 0.055587 | |
| Amortization | 15 | Equity | | 50% | 0.160477 | 0.080239 | |
| Mortgage Constant | 0.111173 | OAR | | | | | 13.58 |
| Loan-to-Value Ratio | 50% | **Surveyed Rates** | | | | | 12.90 |
| Equity Dividend Rate | 16.05% | | | | | |
| **Average** | | | | | | |
| Spread Over 10-Year Treasury | 3.14% | DCR Technique | | 1.46 | 0.069130 | 0.70 | 7.09 |
| Debt Coverage Ratio | 1.46 | **Band of Investment Technique** | | | | |
| Interest Rate | 4.77% | Mortgage | | 70% | 0.069130 | 0.048531 | |
| Amortization | 25 | Equity | | 30% | 0.120937 | 0.036036 | |
| Mortgage Constant | 0.069130 | OAR | | | | | 8.46 |
| Loan-to-Value Ratio | 70.2% | **Surveyed Rates** | | | | | 9.01 |
| Equity Dividend Rate | 12.09% | | | | | |

*3rd Quarter 2019 Data                                          Copyright 2019 RealtyRates.com ™

The surveyed overall rates range from a low of 4.40% to a high of 13.58%, the average is 8.46% for industrial properties. This national survey represents all types of industrial and office properties. For the appraised property the overall rate would fall towards the low end of the range because of the strong regional and local economies.

## INCOME APPROACH TO VALUE (Cont'd)

---

### (6)    RATE SELECTION (Cont'd)

*The following are PwC reported rates:*

| NATIONAL WAREHOUSE MARKET Third Quarter 2019 | CURRENT | LAST QUARTER | 1 YEAR AGO | 3 YEARS AGO | 5 YEARS AGO |
|---|---|---|---|---|---|
| **DISCOUNT RATE (IRR)ᵃ** | | | | | |
| Range | 5.25% – 8.00% | 5.25% – 8.00% | 5.25% – 9.00% | 5.50% – 9.25% | 5.75% – 9.00% |
| Average | 6.13% | 6.21% | 6.38% | 6.88% | 7.31% |
| Change (Basis Points) | | – 8 | – 25 | – 75 | – 118 |
| **OVERALL CAP RATE (OAR)ᵃ** | | | | | |
| Range | 3.75% – 6.40% | 3.00% – 6.25% | 1.50% – 6.25% | 3.00% – 7.00% | 5.00% – 7.00% |
| Average | 4.83% | 4.65% | 4.62% | 5.21% | 5.93% |
| Change (Basis Points) | | + 18 | + 21 | – 38 | – 110 |
| **RESIDUAL CAP RATE** | | | | | |
| Range | 4.50% – 6.75% | 4.50% – 6.75% | 4.50% – 7.25% | 5.00% – 8.50% | 5.50% – 8.50% |
| Average | 5.46% | 5.46% | 5.64% | 6.20% | 6.60% |
| Change (Basis Points) | | 0 | – 18 | – 74 | – 114 |
| **MARKET RENT CHANGEᵇ** | | | | | |
| Range | 0.00% – 7.00% | 0.00% – 7.00% | 0.00% – 7.00% | 0.00% – 5.00% | 0.00% – 5.00% |
| Average | 2.78% | 2.78% | 2.60% | 2.50% | 2.50% |
| Change (Basis Points) | | 0 | + 18 | + 28 | + 28 |
| **EXPENSE CHANGEᵇ** | | | | | |
| Range | 0.00% – 3.00% | 0.00% – 3.00% | 0.00% – 3.00% | 3.00% – 3.00% | 2.50% – 3.00% |
| Average | 2.35% | 2.35% | 2.30% | 3.00% | 2.98% |
| Change (Basis Points) | | 0 | + 5 | – 65 | – 63 |
| **MARKETING TIMEᶜ** | | | | | |
| Range | 1 – 9 | 1 – 9 | 1 – 9 | 1 – 12 | 2 – 12 |
| Average | 3.8 | 3.8 | 4.2 | 4.5 | 5.1 |
| Change (▼, ▲, =) | | = | ▼ | ▼ | ▼ |

a. Rate on unleveraged, all-cash transactions b. Initial rate of change c. In months

4 1  |  PwC Real Estate Investor Survey

The current overall capitalization rate for **industrial** properties range from a low of 3.75% to a high of 6.40%, the average is 4.83%. This national survey indicates that average rates have declined by 18.5% over the past five years from 5.93% five-years ago to the current rate.

## INCOME APPROACH TO VALUE (Cont'd)

### (6)    RATE SELECTION (Cont'd)

*The following are market derived cap rates:*



The above outlined comparable market capitalization rates are taken from competing **industrial** buildings. These comparables are located within the subject's expanded market area. The developed overall capitalization rates range from 5.53% to 8.02%.

## INCOME APPROACH TO VALUE (CONT'D)

### (6)    RATE SELECTION (Cont'd)

The equity yield rate is the rate of return that an investor seeks on his cash investment.  The tax benefits associated in owning income producing property of this nature have been taken into consideration in estimating this rate. Therefore, the overall rate will be a capitalization rate taking into consideration the following variables:  Loan ratio (amount of the mortgage as a percentage of the total value or purchase price), term of the loan, interest rate of the loan (taking into consideration the different financing currently available), equity yield rate, holding period and the appreciation or depreciation of the property over the holding period.

We have estimated that 65% financing would be available at a rate of 5.25% interest for a period of 20 years.  Additionally, it has been estimated that an investor would require a 8.50% return on equity and that they would anticipate a total of 0% appreciation over the holding period, which is assumed to be ten years.

| Assumptions | | Automatic Computations | |
|---|---|---|---|
| Target Equity Yield Rate ……………… **(Ye)** | 8.50% | Monthly Loan Constant ………………… | 0.6738% |
| Loan Interest Rate ……………………… | 5.25% | Annual Loan Constant ……………**(Rm)** | 8.0861% |
| Loan Amort. (Years) …………………… | 20 | Loan Portion Paid Over | |
| Loan Pymts Per Year ………………… | 12 | Ownership Period ……………… **(P)** | 37.1951% |
| Mortgage Ratio or LTV ……………… **(M)** | 65% | Sinking Fund Factor ……….. **(SFF)** | 6.7408% |
| Ownership Period (Whole Years) ………… | 10 | | |
| Total Value Change Over | | | |
| Ownership Period ……………… **(Vc)** | 0.00% | | |
| First Year Net Income …………… **(Io)** | $0 | | |
| Annual Income Change ………………… | 0.00% | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **M** | x | **Rm** | = | **(M) (Rm)** | => | | 65% x 8.09% = | 5.26% |
| | **E** | x | **Ye** | = | **(E) (Ye)** | => | | 35% x 8.50% = | 2.98% |
| | | | **Sum** | = | **Weighted Avg** | | | = | 8.23% |
| **(*)** | **M x P** | x | **SFF** | = | **(M) (P) (SFF)** | => | 65% x | 37.20% x 6.74% = | -1.63% |
| **(**)** | **Vc** | x | **SFF** | = | **(Vc) (SFF)** | => | | 0.00% x 6.74% = | 0.00% |
| | | | | | | | **Sum =** | **Ro =** | **6.60%** |

**(*)**  =  Less Credit for Loan Reduction
**(**)**  =  Less Downward Adjustment for Value Growth **OR** Upward Adjustment for Value Loss

**Indicated rate: 6.5% (Rounded)**

**INCOME APPROACH TO VALUE (CONT'D)**

## (6)   RATE SELECTION COMMENTS

Based on the above data, the lot size, characteristics, condition, and location, of the subject, discussions with local realtors and real estate investment experts, a review of appraisers' files and coupled with the band-of-investment analysis, we are using a capitalization rate of **6.5%.**   *The market value of the subject property has been estimated as follows:*

| ESTIMATION OF MARKET VALUE | | |
|---|---|---|
| Net Operating Income | | |
| Overall Rate (Ro) | = | Estimated Market Value |
| | | |
| $403,496.78 | | |
| 6.50% | = | $6,207,642.77 |

**Round to:**                    **$6,200,000.00**

The value derived via the income approach on the prior pages takes into consideration a stabilized building.  Approximately 11,229$\pm$ Sq. Ft. of the building will go vacant in April of 2020. It is assumed that a minimal cost will be passed on to the owner for making the unit ready for tenant build-out. No charge will be taken for tenant improvements.  It is important to note that as of the date of inspection the vacant units are offered for rent. The level of rent is negotiable.  We have placed a market rent of $12.00 per sq.ft. on the space.

The following costs will be taken against the final value to account for the lease up costs involved in stabilizing the building.  The typical lease up period for commercial units is six to eight months given the current competition in the market.  Eight months will be used in this analysis.

| | |
|---|---|
| Indicated Stabilized Value | **$6,200,000.00** |
| **Less Tenant improvements**: | ($0.00) |
| | |
| **Less, Rent Loss, estimated at 8 Months with average rent:** | |
| Annual rent = $12.00 x 11,229 /12 x 8mo= | ($89,832.00) |
| **Plus the rent Collected over the next 4 months**: | |
| Annual rent = $12.00 x 11,229 /12 x 4mo= | +$44,916.00 |
| | |
| **Less, Broker Commission** | |
| 27% or 7% for the first 3 years and 3% for the last two of a 10 year term. | |
| Broker commission taken against the first year annual income. | |
| **$134,784.00** x 27%                              = | (<u>$36,381.96</u>) |
| | |
| TOTAL LEASE UP COST                              = | (**<u>$81,297.96</u>**) |
| | |
| Final Value Estimate less lease up cost | $6,118,702.04 |
| | |
| **Indicated As Is Value:** | **$6,120,000.00 (Rd)** |

## SALES COMPARISON APPROACH

The Sales Comparison Approach indicates an estimate of value as indicated by sales of similar properties which have occurred in the market.  This approach is defined as:

> "the process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sales prices (or unit prices, as appropriate) of the comparable properties based on relevant, market derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered as though vacant when an adequate supply of comparable sales is available."*

This approach requires an appraiser to gather information on transfers of similar property.  These transfers are then analyzed to determine the indications of value for the subject property, i.e., price/square foot, gross rent multipliers, overall rates, etc.

Once this data has been collected, the appraiser makes the appropriate adjustments to the sales. These adjustments include such differences as time, location, size, condition, etc..  It must be noted that the sales are adjusted to the subject.  The adjustment process, when completed, yields an indicated value of the subject property.  The adjustment process actually adjusts the sales as if they contained all the characteristics of the subject property after adjustments.

The following sales are located within the immediate area and competitive locations.

*Appraisal Institute, The Dictionary of Real Estate Appraisal (Sixth Edition, 2015), p. 207*

## SALES COMPARISON APPROACH (CONT'D)

| COMPARABLE SALES GRID | | | | | |
|---|---|---|---|---|---|
| | **Subject** | **Sale 1** | **Sale 2** | **Sale 3** | **Sale 4** |
| Location | **69-83 Bloomingdale Rd** | **940 So Oyster Bay Rd** | **30 Commercial St** | **3501 Merrick Rd** | **96 New South Rd** |
| | **Hicksville** | **Hicksville** | **Plainview** | **Seaford** | **Hicksville** |
| Value Date | *11/1/2019* | *8/18/2017* | *8/20/2019* | *2/22/2019* | *8/4/2019* |
| Gross Building Area (Sq.Ft.) | *57,023* | 73,892 | 19,116 | 11,200 | 70,080 |
| Lot Size (Sq.Ft.) | *152,460.0* | 140,928 | 50,094 | 21,780 | 169,884 |
| Lot Size (Acres) | *3.50* | 3.24 | 1.15 | 0.50 | 3.90 |
| LTB Ratio | *2.67* | *1.91* | *2.62* | *1.94* | *2.42* |
| Ceiling Height | *16-Jan* | *18-20* | *15* | *20* | *14-18* |
| % Finished Area | *15%* | *8%* | *10%* | *15%* | *15%* |
| Sale Price | | $10,400,000.00 | $2,485,080.00 | $1,450,000.00 | $8,400,000.00 |
| Sale Price Per Sq. Ft. | | *$140.75* | *$130.00* | *$129.46* | *$119.86* |
| Property Rights | | 0.00% | -2.50% | 0.00% | -2.50% |
| Conditions of Sale | | 0.00% | 0.00% | 0.00% | 0.00% |
| Market Condition | | 0.00% | 0.00% | 0.00% | 0.00% |
| Market Adjusted Price/Sq.Ft. | | $140.75 | $130.00 | $129.46 | $119.86 |
| ***ADJUSTMENTS*** | | | | | |
| Location | | -5.00% | 0.00% | -5.00% | 0.00% |
| Building Size | | 0.00% | -5.00% | -10.00% | 0.00% |
| LTB Ratio | | 2.50% | 0.00% | 2.50% | 0.00% |
| Condition/Quality | | 0.00% | 0.00% | 0.00% | 0.00% |
| Ceiling Height | | -10.00% | 0.00% | -10.00% | 0.00% |
| % Office | | 0.00% | 0.00% | 0.00% | 0.00% |
| Functional Utility | | 0.00% | 0.00% | 0.00% | 0.00% |
| *Net Adjustments* | | *-12.50%* | *-5.00%* | *-22.50%* | *0.00%* |
| **Adjusted Price/Sq.Ft.** | | **$123.15** | **$123.50** | **$100.33** | **$119.86** |

**Range of Adjusted Values:**     $100.33/Sq.Ft to a high of $123.50/Sq.Ft.
**Average:**                                  $116.71/Sq.Ft.

## SALES COMPARISON APPROACH (CONT'D)

*Explanation of Adjustments*

**PROPERTY RIGHTS** – Comparables #2 & 4 are adjusted down to reflect that fee simple properties typically sell for a premium as compared to Leased fee properties.

**MARKET CONDITIONS** – The comparable sales occurred from between 8/2017 to 8/2019.  According to our analysis the market has been relatively stable during this time period therefore no market condition adjustments were necessary.

**CONDITIONS OF SALE** – All sales took place under normal conditions with no undue influences. No adjustment is necessary here.

**LOCATION** – The subject property is located on a road with adequate exposure. Sales #1 & 3 have superior exposure and are adjusted downward.

**BUILDING SIZE** – The subject contains 57,023± Sq. Ft. of gross building area.  The Sales are adjusted to reflect the principle that larger buildings typically sell at a lower price per square foot than smaller buildings. Therefore, smaller sales are adjusted downward and larger sales are adjusted up. This adjustment is made only when the difference is significant.

**LAND TO BUILDING RATIO** – The land to building ratio accounts for the amount of on-site parking as well as the potential for future expansion.  Sales #1 & 3 are inferior and adjusted up. This adjustment is made only when the difference is significant.

**QUALITY / APPEAL / CONDITION** – Adjustments for physical characteristics, in this analysis, take into account construction quality, finish, layout, age, condition, modernizations etc. No adjustment is necessary here.

**CEILING HEIGHT** – The subject property has variable ceiling height of approximately 16 feet.  A building with more ceiling height allows for additional storage area and is more desirable.  Sales #1 & 3 are considered to have superior ceiling height and were adjusted down accordingly. This adjustment is made only when the difference is significant.

**OFFICE PERCENT** – The subject property contains approximately 15.0% of finished supporting office type space. The sales used have office space commensurate with the tenants needs and all average between 8 to 15%. No adjustment is made here as the extent and quality of the office in the comparable sales is less verifiable. This adjustment is made only when the difference is significant.

## SALES COMPARISON APPROACH (CONT'D)

*Explanation of Adjustments (Cont'd)*

**FUNCTIONAL UTILITY –** The overall utility of the subject property is adequate.  All of the sales are similar and not adjusted.

**CONCLUSION –** When each of the sales has been adjusted for these differences, a range in value from a low of $100.33/Sq.Ft to a high of $123.50/Sq.Ft. is indicated. The average is $116.718/Sq.Ft.  Based upon this analysis, we feel the market value of the subject property is **$115.00/Sq. Ft.**  We have reconciled towards the middle of the adjusted range.  The market value of property is calculated as follows:

|  |  |  |
|---|---|---|
| 57,023+ Sq. Ft.          @ | $115.00/Sq. Ft.   = | $6,557,645.00 |
| LESS TOTAL LEASE UP COST | = | (**$81,297.96**) |
| Adjusted Value: |  | $6,638,942.96 |
| **Rounded:** |  | **$6,640,000.00** |

---

**MARKET DATA SALE #1**
**940 SOUTH OYSTER BAY ROAD, HICKSVILLE, NEW YORK**

---



| | | | |
|---|---|---|---|
| DESCRIPTION: | Industrial Building | LIBER: | 13561 |
| | | PAGE: | 752 |
| GRANTOR: | Giapreet, LLC | | |
| | | SALE DATE: | 8/18/2017 |
| GRANTEE: | Steel K, LLC | | |
| SIZE: | | SECTION: | 46 |
|   Land: | 140,928+ SF (3.24+ acres) | BLOCK: | N |
|   Building: | 73,892+ SF | LOTS: | 72 |
| CONSIDERATION: | $10,400,000.00 | | |
| | $140.75/SF | MORTGAGE: | Conv. |

HIGHEST & BEST USE:   As developed

VERIFIED WITH:   Contract, Inspection (33281)
Comps Inc. by LJG (34022)

UTILITIES:   All public

(-)

IMPROVEMENTS: One story tenant occupied masonry industrial distribution type building constructed 1968 on a concrete slab.  The building has approximately 8% office space with clear ceiling height of 18-20+ Feet. There are 15 loading bays.
The building is currently in fair to satisfactory condition with need of some updating and modernization.

RE Taxes:   $428,566.48 or ($5.80/SF)

---

**MARKET DATA SALE #2**
**30 COMMERCIAL STREET, PLAINVIEW, NEW YORK**



| | | | |
|---|---|---|---|
| DESCRIPTION: | Industrial Building | LIBER: | 13848 |
| GRANTOR: | Treeview AssetsLLC | PAGE: | 078 |
| GRANTEE: | 30 Comcl St, LLC | SALE DATE: | 8/20/2019 |
| SIZE: | | | |
|   Building: | 19,116+ SF | SECTION: | 13 |
|   Land: | 50,094+ SF (1.15+ acres) | BLOCK: | 83 |
| | | LOTS: | 48 |
| CONSIDERATION: | $2,485,080.00 | Zoned: | Lite Industry |
| | $130.00/SF | | |
| | | MORTGAGE: | Conv. |
| VERIFIED WITH: | Comps Inc. Costar #4913292, Loopnet by JF 11/2019 (35611b-19) | HIGHEST & BEST USE: | As developed |
| | | UTILITIES: | All public |
| (X) | | | |

IMPROVEMENTS: One story two tenant masonry industrial building constructed 1963 on a concrete slab. The building has approximately 10% office space with clear ceiling height of 15 Feet. There are 2 loading bays. The building is currently in fair to satisfactory condition with need of some updating and modernization. It is divided into two tenant areas but was delivered vacant.

RE Taxes: $71,493 or ($3.74/SF)

**MARKET DATA SALE #3**
**3501 MERRICK ROAD, SEAFORD, NEW YORK**



DESCRIPTION: Industrial Building

GRANTOR: Boening Leslie & Assoc

GRANTEE: 3501 Merrick Road Corp.LC
SIZE:
  Building: 11,200+ SF
  Land: 21,780+ SF (.50+ acres)

CONSIDERATION: $1,450,000.00
$129.46/SF

VERIFIED WITH: Comps Inc. Costar #4760100, by
JF 11/2019 (35611b-19)

(X)

LIBER: 13792
PAGE: 843

SALE DATE: 2/22/2019

SECTION: 57
BLOCK: 276
LOTS: 16, 38, 39, 40

MORTGAGE: Conv.

HIGHEST & BEST USE: As developed

UTILITIES: All public

IMPROVEMENTS: One story multi tenant occupied masonry industrial building constructed 1965 on a concrete slab. The building has approximately 15% office and showroom space with clear ceiling height of 20 Feet. There are 3 loading bays.
The building is currently in fair to satisfactory condition. It is divided into 6 tenants.

RE Taxes: $41,058 or ($3.66/SF)

**MARKET DATA SALE #4**
**96 NEW SOUTH ROAD, HICKSVILLE, NEW YORK**



| | | | |
|---|---|---|---|
| DESCRIPTION: | Industrial Building | LIBER: | 13855 |
| GRANTOR: | Paidge Structural, LLC | PAGE: | 451 |
| GRANTEE: | Wise cabinet LLC | SALE DATE: | 8/4/2019 |
| SIZE: | | SECTION: | 46 |
| Building: | 70,080+ SF | BLOCK: | Q |
| Land: | 169,884+ SF (3.69+ acres) | LOTS: | 239, 250, 251 |
| | | Zoning: | H Industrial |
| CONSIDERATION: | $8,400,000.00 | | |
| | $129.46/SF | MORTGAGE: | Conv. |
| | | HIGHEST & BEST USE: | As developed |
| VERIFIED WITH: | Comps Inc. Costar #4760100, by JF 11/2019 (35611b-19) | UTILITIES: | All public |

(X)

IMPROVEMENTS: Two story owner occupied masonry industrial building constructed 1960 on a concrete slab. The building has approximately 25% office/Flex space with clear ceiling height of 14-18 Feet. There are 4 loading docks and 1 O/H drive, and 10 other railcar and Box truck Doors.
The building is currently in fair to satisfactory condition..

RE Taxes:                    $279,6198 or ($3.99/SF)

## RECONCILIATION AND CONCLUSION OF VALUE

| | |
|---|---|
| VALUE INDICATED BY THE COST APPROACH: | Not Developed |
| VALUE INDICATED BY THE INCOME APPROACH: | $6,120,000.00 |
| VALUE INDICATED BY THE SALES COMPARISON APPROACH: | $6,640,000.00 |
| ***ESTIMATED MARKET VALUE:*** | **$6,200,000.00** |

The final conclusion of value is **$6,200,000.00 "As-Is"** with most emphasis placed upon the Sales Comparison Approach.

In developing our opinion of market value for the subject, all three traditional approaches to value were initially considered.

The Cost Approach is a set of procedures through which a value indication is derived for the Leased Fee Interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive, deducting depreciation from the total cost, and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised.  This approach is not developed due to the difficulty in determining depreciation in a building as old as the subject.

The Income Approach reflects the property's ability to produce a net operating income.  This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future.  Specifically calculated is the amount an investor would be willing to pay to receive an income stream plus the reversion value, if any, from a property over a time period.  The two common valuation techniques associated with the income approach are the direct capitalization method and the discounted cash flow (DCF) method.  This approach was developed and given more weight as Leased fee multi tenant buildings are typically purchased for investment purposes.

The Sales Comparison Approach is a set of procedures in which a value indication is derived by comparing the property being appraised to similar properties that have been sold recently, then applying appropriate units of comparison and making adjustments to the sale prices of the comparables based on the elements of comparison.  This approach will be developed and given less weight as Leased fee multi tenant buildings are typically purchased for investment purposes.

The utilized approaches to value will be reconciled into a final opinion of value with most emphasis placed upon the Income approach to value.

*Valuation of Entire Property*                    **ROGERS & TAYLOR APPRAISERS, INC.**

## STATEMENT OF GENERAL AND LIMITING CONDITIONS

This appraisal is made subject to the following assumptions and limiting conditions:

1. Certain opinions, data and statistics which were furnished by others are not guaranteed but were gathered from sources believed to be accurate and reliable.

2. No survey was made, therefore, the dimensions of the land and so forth are either taken from records believed to be reliable or from the owner.  No responsibility is assumed for their accuracy.

3. The submission of this appraisal does not require future testimony or appearance in court or before any agency without special arrangements for that eventuality.

4. The distribution of the total value between land and the improvements applies only under the program of utilization and conditions stated in the report and invalidated under other programs of utilization or conditions or if used in making a summation appraisal.

5. It is assumed that there are no hidden or unapparent conditions of the property, subsoil or structures which would render it more or less valuable.  No responsibility is assumed for such factors or for engineering required to discover such factors.

6. Disclosure of the contents of this appraisal report is governed by the By-Laws and regulations of the Appraisal Institute.   Neither all nor any part of the contents of this appraisal (especially any conclusions as to value, the identity of the appraiser or the firm with which he is connected, or any reference to the Appraisal Institute) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication without the prior written consent and approval of the person(s) signing this report.

7. It is assumed that the property is free and clear of all liens other than those mentioned in this report and that the property will be efficiently managed and properly maintained.

## STATEMENT OF GENERAL AND LIMITING CONDITIONS (CONT'D)

8. One of the signatories of this report is a member of the Appraisal Institute.  The Bylaws and Regulations of the Institute require each member to control the use and distribution of any report signed by such member.  Therefore, except as hereinafter provided, the party for whom this appraisal was prepared may distribute copies of it, in the reports entirety, to such third parties as may be selected by the party for whom this appraisal was prepared; however, selected portions of this report shall not be given to third parties without prior written consent of the signatories.   Further, neither all nor any part of this appraisal shall be disseminated to the general public by the use of advertising media, public relations media, news media, sales media or other media for public communication without the prior written consent of the signatories of this appraisal report.

9. The Americans with Disabilities Act (ADA) became effective January 26, 1992.  I have not made a specific compliance survey and analysis of this property to determine whether it is in conformity with the various detailed requirements of the ADA.   It is possible that a compliance survey of the property together with a detailed analysis of the requirements of the ADA could reveal that the property is not in compliance with one or more of the requirements of the ADA.   If so, this fact could have a negative effect on the value of the property.  Since I have no direct evidence relating to his issue, I did not consider possible noncompliance with the requirements of the ADA in estimating the value of the property.

10.   Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

## CERTIFICATION

I hereby certify that Rogers and Taylor Appraisers, Inc. was employed to appraise the market value on property located at:

**69-83 Bloomingdale Road**
**HICKSVILLE, TOWN OF OYSTER BAY**
**NASSAU COUNTY, NEW YORK 11801**

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, options and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial and unbiased professional analyses, options and conclusions.

Neither Rogers and Taylor Appraisers, Inc., nor I have a present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

Our office has not performed any services on the property in the three years prior to this assignment.

I have no bias with respect to the property this is the subject of this report or to the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions and conclusions were developed and this report has been prepared in conformity with the *Uniform Standards of Professional Appraisal Practice.*

I, John Fitzgerald, have made a personal inspection of the property that is the subject of this report.

## CERTIFICATION (Cont'd)

James G. Taylor has not made a personal inspection of the property that is the subject this report.

No one provided significant real property appraisal assistance to the person signing this certification.

The appraisal has been prepared in conformance with Title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation, Standards of Professional Appraisal Practice of the Appraisal Institute, the Interagency Appraisal and Evaluation Guidelines dated December 2010, and New York Community Bank appraisal policies.

I certify that the appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.  I certify that compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

The Appraisal Institute conducts a voluntary program of continuing education for its designated members.  MAI's and RM's who meet the minimum standards of this program are awarded periodic educational certification.

James G. Taylor meets the competency provision required by USPAP.

John Fitzgerald meets the competency provision required by USPAP.

As of the date of this report, I, James G. Taylor, have completed the requirements under the continuing education program of the Appraisal Institute.

## CERTIFICATION (Cont'd)

Based upon the data analyzed, it is our opinion that the Market Value of the property located at <u>69-83 Bloomingdale Road, HICKSVILLE, NASSAU COUNTY, NEW YORK</u>, is:

*"As-Is"*

**(As of 11/1/2019)**

**SIX MILLION TWO HUNDRED THOUSAND DOLLARS**

**($6,200,000.00)**

 

_____

John Fitzgerald
State Certified General Real Estate Appraiser
Lic. # 46000048953

 

_____

James G. Taylor, MAI, SRA
State Certified General Real Estate Appraiser
Lic. # 46000002848



# *ADDENDA*

## SUBJECT SURVEY



## AREA MAP LOCATING SUBJECT PROPERTY



## AREA MAP LOCATING SUBJECT PROPERTY & COMPARABLE IMPROVED SALES



## AREA MAP LOCATING SUBJECT & COMPARABLE RENTALS



## LETTER OF ENGAGEMENT

# ROGERS & TAYLOR APPRAISERS, INC.

### 300 Wheeler Road, Suite 302
### Hauppauge, New York 11788

James G. Taylor, MAI, SRA, President

**PARTNERS**
Robert J. Malone, MAI, SRA, AI-GRS
Howard S. Morris, SRA
Benjamin T. Mojallali
Joan A. Schook



Tel: (631) 434-3300
Fax:(631) 434-3508
www.rogersandtaylor.org

October 17, 2019

Sanders Equities
68 Arch Street
Greenwich, CT 06830

Attention:     Jordan A. Sanders

RE:     **Properties located at**
**308-314 North Broadway, Jericho**
**69-83 Bloomingdale Road, Hicksville**
**Our File No.: 35611-19**

Dear Mr. Sanders:

Please be advised that we are prepared to prepare appraisals on the above referenced properties for the purpose of estimating Market Value.  Market Value is defined as follows:

"The highest price in terms of money which a property will bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus."

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated.
2. Both parties are well informed or well advised, and each acting in what he considers his own best interest.
3. A reasonable time is allowed for exposure in the open market.
4. Payment is made in cash or its equivalent.
5. Financing, if any, is on terms generally available in the community at the specified date and typical for the property type in its locale.
6. The price represents a normal consideration for the property sold unaffected by special financing amounts and/or terms, services, fees, costs or credits incurred in the transaction.

## LETTER OF ENGAGEMENT

It is my understanding that you are requesting that we only prepare appraisals on items 1 and 2 as listed below. The fees for these two items total $5,000.00. Timing for the delivery of these two reports will be three (3) weeks from the date which we are formally engaged. Once you receive these reports, it will be at your sole discretion to engage our firm to appraise the remaining thirty-three properties.

If upon receipt of these two appraisals the client desires to proceed with the remaining thirty-three items, a separate engagement letter will be forwarded with the fees set forth on the schedule below. At that time, a retainer in the amount of $29,250.00 will be due and payable. Timing will be eight (8) weeks from the date which we are formally retained. This assumes that all necessary information will be supplied to us within a timely fashion. It is further understood that these reports will be signed and prepared by a member of the Appraisal Institute.

|  | Property Address | City | State | Zip | Country | Property Type | SF | # Tenants | Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1* | 308-314 North Broadway | Jericho | New York | 11753 | United States | Retail | 15,530 | 3 | $2,000.00 |
| 2** | 69-83 Bloomingdale Road | Hicksville | New York | 11801 | United States | Industrial | 56,924 | 11 | $3,000.00 |
| 3 | 101 Frost Street | Westbury | New York | 11590 | United States | Industrial | 31,454 | 1 | $1,500.00 |
| 4 | 112 State Street | Westbury | New York | 11590 | United States | Parking Lot | 20,000 | 1 | $1,500.00 |
| 5 | 12 Midland Avenue | Hicksville | New York | 11801 | United States | Industrial | 8,700 | 1 | $1,500.00 |
| 6 | 120-140 Andrews Road | Hicksville | New York | 11801 | United States | Industrial | 19,680 | 1 | $1,500.00 |
| 7 | 125 West John Street | Hicksville | New York | 11801 | United States | Commercial | 6,500 | 1 | $2,000.00 |
| 8 | 17 Brooklyn Avenue | Hicksville | New York | 11801 | United States | Industrial | 8,100 | 1 | $1,500.00 |
| 9 | 20-24 Commerce Drive | Hauppauge | New York | 11788 | United States | Industrial | 94,757 | 5 | $2,500.00 |
| 10 | 2079-2093 Hillside Avenue | New Hyde Park | New York | 11040 | United States | Retail | 19,888 | 7 | $2,500.00 |
| 11 | 2200 Jericho Turnpike | Garden City | New York | 11040 | United States | Commercial | 6,030 | 1 | $2,000.00 |
| 12 | 225-229 Robbins Lane | Syosset | New York | 11791 | United States | Industrial | 101,518 | 2 | $2,000.00 |
| 13 | 24 Kinkel Street | Westbury | New York | 11590 | United States | Industrial | 15,500 | 1 | $1,500.00 |
| 14 | 25 Lumber Road | Roslyn | New York | 11576 | United States | Industrial | 15,050 | 1 | $1,500.00 |
| 15 | 285-285 Robbins Lane | Syosset | New York | 11791 | United States | Industrial | 38,715 | 9 | $2,500.00 |
| 16 | 287-299 North Broadway | Jericho | New York | 11753 | United States | Retail | 10,829 | 8 | $3,000.00 |
| 17 | 293-295 Robbins Lane | Syosset | New York | 11791 | United States | Commercial | 9,750 | 3 | $2,000.00 |
| 18 | 301 North Broadway | Jericho | New York | 11753 | United States | Retail/Office | 11,631 | 4 | $2,000.00 |
| 19 | 33 Frost Street | Westbury | New York | 11590 | United States | Industrial | 13,100 | 1 | $1,500.00 |
| 20 | 35 Lumber Road | Roslyn | New York | 11576 | United States | Industrial | 14,500 | 1 | $1,500.00 |
| 21 | 350 North Broadway | Jericho | New York | 11753 | United States | Retail | 3,600 | 2 | $2,000.00 |
| 22 | 35-37 17th Street | Hicksville | New York | 11801 | United States | Commercial | 6,280 | 2 | $2,000.00 |
| 23 | 388-396 West John Street | Hicksville | New York | 11801 | United States | Retail | 5,932 | 4 | $2,000.00 |
| 24 | 4 Kuhl Avenue | Hicksville | New York | 11801 | United States | Industrial | 4,894 | 1 | $1,500.00 |
| 25 | 49 Bethpage Road | Hicksville | New York | 11801 | United States | Commercial | 11,000 | 1 | $1,500.00 |
| 26 | 520 Main Street | Westbury | New York | 11590 | United States | Industrial | 11,130 | 1 | $1,500.00 |
| 27 | 530 West John Street | Hicksville | New York | 11801 | United States | Industrial | 49,500 | 1 | $1,500.00 |
| 28 | 550 West John Street | Hicksville | New York | 11801 | United States | Industrial | 40,000 | 1 | $1,500.00 |
| 29 | 582 Brook Street | Garden City | New York | 11530 | United States | Industrial | 4,300 | 1 | $1,500.00 |
| 30 | 65 Kinkel Street | Westbury | New York | 11590 | United States | Industrial | 8,250 | 1 | $1,500.00 |
| 31 | 75 Frost Street | Westbury | New York | 11590 | United States | Industrial | 29,263 | 1 | $1,500.00 |
| 32 | 751 Summa Avenue | Westbury | New York | 11590 | United States | Industrial | 80,302 | 1 | $1,500.00 |
| 33 | 7-9 Midland Avenue | Hicksville | New York | 11801 | United States | Industrial | 15,500 | 1 | $1,500.00 |
| 34 | 85 Brooklyn Avenue | Westbury | New York | 11590 | United States | Industrial | 6,182 | 1 | $1,500.00 |
| 35 | 967 Old Country Road | Westbury | New York | 11590 | United States | Retail | 2,200 | 1 | $2,000.00 |
|  |  |  |  |  |  |  |  |  | $58,500.00* |

*This fee does not include the fee for properties 1 & 2 above.

*Addenda*                    **ROGERS & TAYLOR APPRAISERS, INC.**

## LETTER OF ENGAGEMENT

If these terms are acceptable to you, please sign this letter and return it with a retainer in the amount of $2,500.00. The balance of the fee on these two items will be due and payable prior to delivery of the reports.

Very truly yours,

James G. Taylor, MAI, SRA

## LICENSE OF THE APPRAISER



