UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

69 BLOOMINGDALE, LLC,

                            Plaintiff,                    Civil Action No. 2:20-CV-02613
                                                         (RPK) (SIL

        -against-

CORAL GRAPHICS, INC.; F.C. PROPERTIES INC.,

                            Defendant.

---

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

    **KEVIN MALDONADO,** affirms and declares under penalty of perjury that the following is true and correct:

1.  I am the attorney of record for Plaintiff in the above-captioned matter. I have reviewed all relevant documents in this case, and I am familiar with the facts and claims in this case.

2.  I submit this Affirmation in Support of the entry of a default judgment by the Court.

3.  On June 11, 2020, I commenced the action against the Defendants by filing a Summons and Complaint in the United States District Court for the Eastern District of New York.

4.  The Index No. assigned to the matter is 2:20-CV-02613. The Summons and Complaint is filed at Docket Entry 1.

5.  On June 26, 2020 the Albany County Sheriff's office caused the Defendants to be served by personal service upon the New York State Secretary of State.  A copy of the Certificate of Service is filed at Docket Entry 7.

6. A second service of the Summons and Complaint was made on September 2, 2020, when the Albany County Sheriff's office caused the Defendants to be served by personal service upon the New York State Secretary of State.  A copy of the Certificate of Service is filed at Docket Entries 8 and 9.

7. An Answer was due on October 2, 2020. Defendants have not answered the Complaint in this action as of this date.

8. Defendants have failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

9. A Default was entered against the Defendants by the Court Clerk on October 15, 2020. A copy of the Default is filed at Docket Entry 33.

10. The Defendants are active domestic corporations and accordingly are not covered by the Servicemembers Civil Relief Act or are they infants or incompetent persons.

11. Attached hereto are the New York State Department of State Entity Status Information. The Entity Status Information contains the service address for each entity.  Copies of all pleadings, including this motion have been served on each defendant at the specified addresses.

12. Plaintiff requests that pursuant to FRCP 55(a) and (b) a default be entered against the Defendants.

Dated   December 21, 2020
          Windham, New York


_____

Kevin Maldonado, Esq.
Kevin Maldonado & Partners, LLC
P.O. Box 31
Windham, New York 12496
(518) 727-8149

Sworn to before me this
21st Day of Deember 2020


**Notary**

ANNE M. JAKUBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JA6262710
Qualified in Greene County
My Commission Expires May 29, 2024

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through December 15, 2020.

---

Selected Entity Name: F.C. PROPERTIES INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | F.C. PROPERTIES INC. |
| **DOS ID #:** | 1180340 |
| **Initial DOS Filing Date:** | JUNE 18, 1987 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FRANK V CAPPO
500 N BROADWAY
JERICHO, NEW YORK, 11753

**Chief Executive Officer**

FRANK V CAPPO
500 N BROADWAY
STE 103
JERICHO, NEW YORK, 11753

**Principal Executive Office**

FRANK V CAPPO
500N BROADWAY

JERICHO, NEW YORK, 11753

### Registered Agent

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 14, 1993 | Actual | F.C. PROPERTIES INC. |
| JUL 03, 1987 | Actual | F.C. LITHOGRAPHERS, INC. |
| JUN 18, 1987 | Actual | F.C. LITHOGRAPHICS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us



Services   News   Government   Local

NYS Department of State
Division of Corporations
Entity Information

The information contained in this database is current through December 15, 2020.

Selected Entity Name: CORAL GRAPHICS, INC.

Selected Entity Status Information

Current Entity Name: CORAL GRAPHICS, INC.
DOS ID #: 958293
Initial DOS Filing Date: AUGUST 21, 1984
County: NASSAU
Jurisdiction: NEW YORK
Entity Type: DOMESTIC BUSINESS CORPORATION
Current Entity Status: ACTIVE

Selected Entity Address Information

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
CORAL GRAPHICS, INC.
820 SHAMES DRIVE
WESTBURY, NEW YORK, 11590
Registered Agent
NONE

This office does not record information regarding the names and addresses of officers,
shareholders or directors of nonprofessional corporations except the chief executive officer, if
provided, which would be listed above. Professional corporations must include the name(s) and
addresses of the initial officers, directors, and shareholders in the initial certificate of
incorporation, however this information is not recorded and only available by [viewing the]
certificate.

| Name History | | |
|---|---|---|
| **Filing Date** | **Name Type** | **Entity Name** |
| AUG 21, 1984 | Actual | CORAL GRAPHICS, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New
York State. The entity must use the fictitious name when conducting its activities or business in New
York State.

**NOTE:** New York State does not issue organizational identification numbers.

| *Stock Information | | |
|---|---|---|
| **# of Shares** | **Type of Stock** | **$ Value per Share** |
| 200 | No Par Value | |

*Stock information is applicable to domestic business
corporations.

Search Results    New Search



Services

Agencies

App Directory    Counties    Events    Programs