UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

69 BLOOMINGDALE, LLC,

       Plaintiff,

-against-

CORAL GRAPHICS, INC.; and F.C. PROPERTIES INC.,

       Defendant.

Civil Action No. 2:20-CV-02613 (RPK) (SIL)

---

## AFFIRMATION OF SERVICE

**KEVIN MALDONADO,** affirms and declares under penalty of perjury that the following is true and correct:

1. I am the attorney of record for Plaintiff in the above-captioned matter. I have reviewed all relevant documents in this case, and I am familiar with the facts and claims in this case.

2. Pursuant to the Order of Judge Rachel P. Kovner, dated July 30, 2021, I caused the service of the Report and Recommendation of Magistrate Judge Steven I. Locke, dated July 14, 2021, upon the Defendants by placing a copy of the Report and Recommendation in the U.S. Postal Service outgoing first-class mail, addressed as follows:

Coral Graphics, Inc.
820 Shames Drive
Westbury, New York 11590

F.C. Properties Inc.
c/o Frank Cappo
500 N. Broadway
Suite 103
Jericho, New York 11753

Dated: August 2, 2021
       Windham, New York

                                        Kevin Maldonado, Esq.
                                        Kevin Maldonado & Partners, LLC
                                        P.O. Box 31
                                        Windham, New York 12496
                                        (518) 727-8149