UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
69 BLOOMINGDALE, LLC,

                Plaintiff,

    v.

CORAL GRAPHICS, INC. and F.C. PROPERTIES INC.,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

20-cv-2613 (RPK)(SIL)

An Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on August 23, 2021, adopting the Report and Recommendation of Magistrate Judge Steven I. Locke, dated July 14, 2021, granting plaintiff's motion for default judgment; awarding Plaintiff (a) $156,583.45 in recovery costs under CERCLA; (b) prejudgment interest of $293.43, plus $0.43 per day from July 14, 2021 to the date of the entry of judgment; and (c) $3,850,000.00 in loss of property value; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $17.63; it is

ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that Plaintiff is awarded a total amount of $4,006,894.51.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       August 24, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>       Deputy Clerk |